# Exhibit 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Schmitt Industries, Inc. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis not to exceed one-third of the recovery and will advance all costs and expenses. All payments of fees and expenses shall be made only after Court review and approval. The Schmitt Industries, Inc. Retention Agreement provided to the Plaintiff is incorporated by reference herein and is effective, upon execution and delivery by The Rosen Law Firm P.A.

**First Name:**       Scott
**Middle Initial:**   A
**Last Name:**        Mustric
**Mailing Address:**  Redacted.
**City:**
**State:**
**Zip Code:**
**Country:**
**Phone:**
**Email Address:**

Plaintiff certifies that:

1. Plaintiff has reviewed a complaint and authorized its filing or the filing of an amended complaint.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases:**
See attached Schedule A

**Sales:**
See attached Schedule A

**I have not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if set forth below.**

Not applicable

I declare and certify under penalty of perjury, under the laws of the United States    **YES**
of America, that the foregoing information is true and correct.

By Signing below and submitting this certification form electronically, I intend to         **YES**
sign and execute this certification pursuant to California Civil Code Section

1633.1, et seq. - and the Uniform Electronic Transactions Act and retain the
Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.

2 / 2

Date of signing: 10/22/2022 09:14:32 at Eastern Standard Time, USA



## SCHEDULE A

### SCOTT MUSTRIC TRANSACTIONS
### SEPTEMBER 1, 2020 THROUGH SEPTEMBER 20, 2022

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date Purchased | Shares | Price per share | | Date Sold | Shares | Price per Share |
| Opening position | 102,400 | | | 10/5/2020 | 300 | $4.82 |
| 12/28/2020 | 230 | ($6.06) | | 10/5/2020 | 1500 | $4.87 |
| 12/28/2020 | 1 | ($6.00) | | 11/16/2020 | 300 | $5.55 |
| 1/19/2021 | 100 | ($5.05) | | 11/16/2020 | 300 | $5.57 |
| 1/19/2021 | 1,500 | ($5.04) | | 12/21/2020 | 300 | $5.38 |
| 1/19/2021 | 170 | ($5.02) | | 12/21/2020 | 500 | $5.55 |
| 1/19/2021 | 1,700 | ($4.99) | | 12/23/2020 | 242 | $5.65 |
| 1/19/2021 | 2,000 | ($4.98) | | 12/23/2020 | 8 | $5.65 |
| 1/19/2021 | 2,000 | ($5.05) | | 12/23/2020 | 250 | $5.66 |
| 1/19/2021 | 2,000 | ($5.05) | | 12/23/2020 | 250 | $5.72 |
| 1/19/2021 | 630 | ($5.01) | | 1/8/2021 | 100 | $5.42 |
| 1/20/2021 | 1,000 | ($4.98) | | 1/8/2021 | 146 | $5.43 |
| 1/20/2021 | 1,000 | ($5.00) | | 1/8/2021 | 20 | $5.60 |
| 1/20/2021 | 1,000 | ($5.03) | | 1/8/2021 | 234 | $5.43 |
| 1/20/2021 | 1,000 | ($5.06) | | 1/8/2021 | 500 | $5.52 |
| 1/20/2021 | 134 | ($5.15) | | 1/8/2021 | 586 | $5.48 |
| 1/20/2021 | 1,500 | ($5.11) | | 1/13/2021 | 1,000 | $5.20 |
| 1/20/2021 | 190 | ($5.11) | | 1/13/2021 | 1,842 | $5.28 |
| 1/20/2021 | 2,000 | ($5.00) | | 1/13/2021 | 3,500 | $5.26 |
| 1/20/2021 | 2,000 | ($5.00) | | 1/13/2021 | 492 | $5.35 |
| 1/20/2021 | 2,000 | ($5.04) | | 1/13/2021 | 500 | $5.15 |
| 1/20/2021 | 490 | ($5.04) | | 1/13/2021 | 658 | $5.26 |
| 1/20/2021 | 500 | ($5.09) | | 1/13/2021 | 8 | $5.38 |
| 1/20/2021 | 510 | ($5.03) | | 1/14/2021* | 250 | $5.23 |
| 1/20/2021 | 676 | ($5.16) | | 1/14/2021* | 250 | $5.24 |
| 1/20/2021 | 900 | ($4.93) | | 1/14/2021 | 561 | $5.75 |
| 1/25/2021 | 1,000 | ($5.10) | | 1/14/2021 | 800 | $5.75 |
| 1/25/2021 | 1,000 | ($5.14) | | 1/15/2021 | 100 | $5.19 |
| 1/25/2021 | 1,500 | ($5.10) | | 1/15/2021 | 1,000 | $5.78 |
| 1/25/2021 | 400 | ($4.96) | | 1/15/2021 | 1,000 | $5.91 |
| 1/25/2021 | 400 | ($5.05) | | 1/15/2021 | 1,200 | $5.80 |
| 1/25/2021 | 500 | ($5.10) | | 1/15/2021 | 1,410 | $5.95 |
| 1/25/2021 | 600 | ($4.99) | | 1/15/2021 | 154 | $5.14 |
| 1/25/2021 | 600 | ($4.99) | | 1/15/2021 | 1,600 | $5.95 |

| | | | | | |
|---|---|---|---|---|---|
| 1/26/2021 | 1,000 | ($5.22) | 1/15/2021 | 2,000 | $5.88 |
| 1/26/2021 | 250 | ($5.12) | 1/15/2021 | 2,000 | $5.92 |
| 1/26/2021 | 250 | ($5.14) | 1/15/2021 | 2,000 | $5.93 |
| 1/26/2021 | 250 | ($5.17) | 1/15/2021 | 306 | $5.19 |
| 1/26/2021 | 250 | ($5.17) | 1/15/2021 | 400 | $5.92 |
| 1/26/2021 | 250 | ($5.20) | 1/15/2021 | 440 | $5.13 |
| 1/27/2021 | 100 | ($5.01) | 1/15/2021 | 639 | $5.94 |
| 1/27/2021 | 20 | ($4.97) | 1/15/2021 | 800 | $5.83 |
| 1/27/2021 | 20 | ($4.97) | 1/15/2021 | 90 | $5.82 |
| 1/27/2021 | 200 | ($5.02) | 2/17/2021* | 22 | $6.95 |
| 1/27/2021 | 400 | ($5.04) | 2/17/2021* | 30 | $7.02 |
| 1/27/2021 | 50 | ($4.97) | 2/17/2021* | 3,948 | $6.95 |
| 1/27/2021 | 6 | ($5.02) | 2/26/2021 | 100 | $5.86 |
| 1/27/2021 | 74 | ($5.02) | 2/26/2021 | 200 | $5.92 |
| 1/27/2021 | 80 | ($5.02) | 2/26/2021 | 300 | $5.85 |
| 2/9/2021 | 300 | ($5.84) | 2/26/2021 | 400 | $5.90 |
| 2/19/2021 | 100 | ($6.46) | 4/21/2021 | 200 | $6.48 |
| 2/19/2021 | 100 | ($6.46) | 5/6/2021 | 412 | $6.02 |
| 2/19/2021 | 100 | ($6.47) | 5/6/2021 | 500 | $6.12 |
| 2/19/2021 | 1,000 | ($6.30) | 5/6/2021 | 500 | $6.13 |
| 2/19/2021 | 1,000 | ($6.43) | 5/6/2021 | 500 | $6.18 |
| 2/19/2021 | 1,000 | ($6.51) | 5/6/2021 | 88 | $6.04 |
| 2/19/2021 | 200 | ($6.42) | 5/10/2021 | 100 | $5.72 |
| 2/19/2021 | 200 | ($6.46) | 5/10/2021 | 100 | $5.76 |
| 2/19/2021 | 263 | ($6.30) | 5/10/2021 | 1,000 | $5.93 |
| 2/19/2021 | 437 | ($6.45) | 5/10/2021 | 1,000 | $5.93 |
| 2/19/2021 | 500 | ($6.45) | 5/10/2021 | 1,000 | $5.93 |
| 2/19/2021 | 500 | ($6.46) | 5/10/2021 | 1,000 | $5.93 |
| 2/19/2021 | 500 | ($6.46) | 5/10/2021 | 1,000 | $5.93 |
| 2/19/2021 | 600 | ($6.43) | 5/10/2021 | 1,000 | $5.93 |
| 2/22/2021 | 100 | ($6.38) | 5/10/2021 | 1,000 | $5.93 |
| 2/22/2021 | 100 | ($6.39) | 5/10/2021 | 1,000 | $5.93 |
| 2/22/2021 | 1,000 | ($6.44) | 5/10/2021 | 1,000 | $5.93 |
| 2/22/2021 | 130 | ($6.35) | 5/10/2021 | 1,000 | $5.93 |
| 2/22/2021 | 75 | ($6.41) | 5/10/2021 | 149 | $5.90 |
| 2/22/2021 | 800 | ($6.39) | 5/10/2021 | 1,839 | $5.71 |
| 3/18/2021 | 400 | ($6.46) | 5/10/2021 | 2,000 | $5.71 |
| 3/18/2021 | 500 | ($6.39) | 5/10/2021 | 851 | $5.88 |
| 3/23/2021 | 1,000 | ($6.29) | 5/10/2021 | 961 | $5.75 |
| 3/23/2021 | 1,200 | ($6.30) | 5/11/2021 | 300 | $6.00 |
| 3/23/2021 | 400 | ($6.29) | 5/12/2021 | 16 | $5.64 |
| 3/23/2021 | 600 | ($6.29) | 5/12/2021 | 1,984 | $5.71 |
| 3/23/2021 | 600 | ($6.30) | 5/13/2021 | 1,000 | $5.66 |
| 3/24/2021 | 1,000 | ($6.03) | 5/13/2021 | 1,000 | $5.68 |
| 3/25/2021 | 1,000 | ($6.03) | 5/13/2021 | 16 | $5.68 |

| 3/25/2021 | 1,000 | ($6.03) | 5/13/2021 | 402 | $5.70 |
|---|---|---|---|---|---|
| 3/25/2021 | 500 | ($6.28) | 5/13/2021 | 48 | $5.69 |
| 3/29/2021 | 100 | ($5.88) | 5/13/2021 | 534 | $5.66 |
| 3/29/2021 | 1,500 | ($5.77) | 5/17/2021 | 100 | $5.73 |
| 3/29/2021 | 200 | ($5.84) | 5/17/2021 | 1,000 | $5.87 |
| 3/29/2021 | 200 | ($5.89) | 5/17/2021 | 1,000 | $5.99 |
| 3/29/2021 | 2,000 | ($5.86) | 5/17/2021 | 1,000 | $5.99 |
| 3/29/2021 | 700 | ($5.89) | 5/17/2021 | 900 | $5.69 |
| 4/5/2021 | 150 | ($6.45) | 5/19/2021 | 10 | $5.60 |
| 4/5/2021 | 150 | ($6.47) | 5/19/2021 | 10 | $5.62 |
| 4/5/2021 | 500 | ($6.43) | 5/19/2021 | 10 | $5.64 |
| 4/5/2021 | 500 | ($6.43) | 5/19/2021 | 100 | $5.55 |
| 4/5/2021 | 500 | ($6.48) | 5/19/2021 | 100 | $5.65 |
| 4/7/2021 | 500 | ($6.42) | 5/19/2021 | 1,000 | $5.55 |
| 4/7/2021 | 500 | ($6.60) | 5/19/2021 | 1,000 | $5.56 |
| 4/13/2021 | 100 | ($7.75) | 5/19/2021 | 1,000 | $5.59 |
| 4/13/2021 | 1,000 | ($7.74) | 5/19/2021 | 1,000 | $5.62 |
| 4/13/2021 | 400 | ($7.77) | 5/19/2021 | 1,000 | $5.62 |
| 4/14/2021 | 1,000 | ($7.65) | 5/19/2021 | 1,000 | $5.63 |
| 4/14/2021 | 250 | ($7.26) | 5/19/2021 | 1,000 | $5.63 |
| 4/14/2021 | 250 | ($7.29) | 5/19/2021 | 1,000 | $5.64 |
| 4/14/2021 | 500 | ($7.72) | 5/19/2021 | 1,000 | $5.65 |
| 4/14/2021 | 500 | ($7.73) | 5/19/2021 | 1,000 | $5.65 |
| 4/15/2021 | 100 | ($6.64) | 5/19/2021 | 1,000 | $5.65 |
| 4/15/2021 | 100 | ($6.64) | 5/19/2021 | 1,000 | $5.67 |
| 4/15/2021 | 800 | ($6.61) | 5/19/2021 | 1,000 | $5.69 |
| 8/17/2021 | 10 | ($5.38) | 5/19/2021 | 1,000 | $5.70 |
| 8/18/2021 | 90 | ($5.48) | 5/19/2021 | 1,000 | $5.70 |
| 10/29/2021 | 1,000 | ($4.05) | 5/19/2021 | 1,000 | $5.70 |
| 10/29/2021 | 1,000 | ($4.05) | 5/19/2021 | 1,000 | $5.70 |
| 10/29/2021 | 1,000 | ($4.05) | 5/19/2021 | 1,000 | $5.74 |
| 10/29/2021 | 1,000 | ($4.05) | 5/19/2021 | 1,000 | $5.74 |
| 10/29/2021 | 1,000 | ($4.05) | 5/19/2021 | 1,000 | $5.75 |
| 10/29/2021 | 1,000 | ($4.05) | 5/19/2021 | 1,000 | $5.77 |
| 10/29/2021 | 1,000 | ($4.09) | 5/19/2021 | 1,000 | $5.85 |
| 11/1/2021 | 10 | ($4.34) | 5/19/2021 | 1,000 | $5.85 |
| 11/1/2021 | 100 | ($4.30) | 5/19/2021 | 1,000 | $5.86 |
| 11/1/2021 | 100 | ($4.35) | 5/19/2021 | 1,000 | $5.88 |
| 11/1/2021 | 100 | ($4.43) | 5/19/2021 | 1,000 | $5.89 |
| 11/1/2021 | 100 | ($4.43) | 5/19/2021 | 1,000 | $5.89 |
| 11/1/2021 | 100 | ($4.44) | 5/19/2021 | 1,000 | $6.18 |
| 11/1/2021 | 1,000 | ($4.10) | 5/19/2021 | 106 | $5.46 |
| 11/1/2021 | 1,000 | ($4.10) | 5/19/2021 | 108 | $5.50 |
| 11/1/2021 | 1,000 | ($4.10) | 5/19/2021 | 11 | $5.74 |
| 11/1/2021 | 1,000 | ($4.12) | 5/19/2021 | 1,100 | $5.46 |

| | | | | | |
|---|---|---|---|---|---|
| 11/1/2021 | 1,000 | ($4.12) | 5/19/2021 | 138 | $5.59 |
| 11/1/2021 | 1,000 | ($4.12) | 5/19/2021 | 200 | $5.56 |
| 11/1/2021 | 1,000 | ($4.12) | 5/19/2021 | 200 | $5.56 |
| 11/1/2021 | 1,000 | ($4.14) | 5/19/2021 | 200 | $5.57 |
| 11/1/2021 | 1,000 | ($4.14) | 5/19/2021 | 200 | $5.57 |
| 11/1/2021 | 1,000 | ($4.15) | 5/19/2021 | 200 | $5.60 |
| 11/1/2021 | 1,000 | ($4.16) | 5/19/2021 | 200 | $5.61 |
| 11/1/2021 | 1,000 | ($4.20) | 5/19/2021 | 2,000 | $5.60 |
| 11/1/2021 | 1,000 | ($4.21) | 5/19/2021 | 22 | $5.60 |
| 11/1/2021 | 1,000 | ($4.21) | 5/19/2021 | 22 | $5.61 |
| 11/1/2021 | 1,000 | ($4.21) | 5/19/2021 | 22 | $5.62 |
| 11/1/2021 | 1,000 | ($4.21) | 5/19/2021 | 238 | $5.72 |
| 11/1/2021 | 1,000 | ($4.22) | 5/19/2021 | 390 | $5.57 |
| 11/1/2021 | 1,000 | ($4.22) | 5/19/2021 | 390 | $5.61 |
| 11/1/2021 | 1,000 | ($4.23) | 5/19/2021 | 4 | $5.67 |
| 11/1/2021 | 1,000 | ($4.23) | 5/19/2021 | 400 | $5.45 |
| 11/1/2021 | 1,000 | ($4.23) | 5/19/2021 | 405 | $5.53 |
| 11/1/2021 | 1,000 | ($4.23) | 5/19/2021 | 405 | $5.60 |
| 11/1/2021 | 1,000 | ($4.23) | 5/19/2021 | 46 | $5.40 |
| 11/1/2021 | 1,000 | ($4.23) | 5/19/2021 | 550 | $5.48 |
| 11/1/2021 | 1,000 | ($4.23) | 5/19/2021 | 562 | $5.56 |
| 11/1/2021 | 1,000 | ($4.24) | 5/19/2021 | 595 | $5.85 |
| 11/1/2021 | 1,000 | ($4.25) | 5/19/2021 | 600 | $5.57 |
| 11/1/2021 | 1,000 | ($4.29) | 5/19/2021 | 600 | $5.61 |
| 11/1/2021 | 1,000 | ($4.30) | 5/19/2021 | 600 | $5.71 |
| 11/1/2021 | 1,000 | ($4.35) | 5/19/2021 | 85 | $5.36 |
| 11/1/2021 | 1,000 | ($4.43) | 5/19/2021 | 535 | $5.85 |
| 11/1/2021 | 1,000 | ($4.44) | 5/19/2021 | 327 | $5.85 |
| 11/1/2021 | 1,000 | ($4.48) | 5/19/2021 | 894 | $5.55 |
| 11/1/2021 | 11 | ($4.23) | 5/19/2021 | 900 | $5.74 |
| 11/1/2021 | 1,500 | ($4.33) | 5/19/2021 | 905 | $5.46 |
| 11/1/2021 | 1,500 | ($4.42) | 5/19/2021 | 92 | $5.42 |
| 11/1/2021 | 200 | ($4.46) | 5/19/2021 | 934 | $5.59 |
| 11/1/2021 | 200 | ($4.48) | 5/19/2021 | 989 | $5.68 |
| 11/1/2021 | 2,000 | ($4.32) | 5/19/2021 | 1 | $4.76 |
| 11/1/2021 | 290 | ($4.47) | 5/19/2021 | 1 | $5.12 |
| 11/1/2021 | 300 | ($4.45) | 5/19/2021 | 1 | $5.41 |
| 11/1/2021 | 300 | ($4.46) | 5/19/2021 | 10 | $5.00 |
| 11/1/2021 | 400 | ($4.44) | 5/19/2021 | 10 | $5.11 |
| 11/1/2021 | 489 | ($4.23) | 5/19/2021 | 100 | $4.42 |
| 11/1/2021 | 500 | ($4.10) | 5/19/2021 | 100 | $4.61 |
| 11/1/2021 | 500 | ($4.10) | 5/19/2021 | 100 | $4.64 |
| 11/1/2021 | 500 | ($4.10) | 5/19/2021 | 100 | $4.75 |
| 11/1/2021 | 500 | ($4.11) | 5/19/2021 | 100 | $4.85 |
| 11/1/2021 | 500 | ($4.11) | 5/19/2021 | 100 | $4.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/1/2021 | 500 | ($4.11) | | 5/19/2021 | 100 | $5.11 |
| 11/1/2021 | 500 | ($4.11) | | 5/19/2021 | 100 | $5.12 |
| 11/1/2021 | 500 | ($4.11) | | 5/19/2021 | 100 | $5.15 |
| 11/1/2021 | 500 | ($4.11) | | 5/19/2021 | 100 | $5.25 |
| 11/1/2021 | 500 | ($4.11) | | 5/19/2021 | 100 | $5.30 |
| 11/1/2021 | 500 | ($4.11) | | 5/19/2021 | 1000 | $5.15 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 1000 | $5.15 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 1001 | $4.90 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 101 | $4.84 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 101 | $4.90 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 1080 | $4.65 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 114 | $5.19 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 1198 | $5.15 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 120 | $4.66 |
| 11/1/2021 | 500 | ($4.12) | | 5/19/2021 | 1200 | $4.62 |
| 11/1/2021 | 500 | ($4.22) | | 5/19/2021 | 1277 | $4.75 |
| 11/1/2021 | 500 | ($4.23) | | 5/19/2021 | 1294 | $5.01 |
| 11/1/2021 | 500 | ($4.23) | | 5/19/2021 | 1298 | $5.10 |
| 11/1/2021 | 500 | ($4.23) | | 5/19/2021 | 1300 | $4.62 |
| 11/1/2021 | 500 | ($4.23) | | 5/19/2021 | 1433 | $5.20 |
| 11/1/2021 | 500 | ($4.23) | | 5/19/2021 | 15 | $5.11 |
| 11/1/2021 | 500 | ($4.23) | | 5/19/2021 | 1550 | $5.30 |
| 11/1/2021 | 500 | ($4.23) | | 5/19/2021 | 169 | $4.76 |
| 11/1/2021 | 500 | ($4.40) | | 5/19/2021 | 173 | $4.94 |
| 11/1/2021 | 500 | ($4.46) | | 5/19/2021 | 1819 | $5.00 |
| 11/1/2021 | 700 | ($4.21) | | 5/19/2021 | 19 | $5.17 |
| 11/1/2021 | 800 | ($4.28) | | 5/19/2021 | 1900 | $5.43 |
| 11/1/2021 | 82 | ($4.25) | | 5/19/2021 | 1998 | $5.05 |
| 11/1/2021 | 900 | ($4.36) | | 5/19/2021 | 2 | $5.02 |
| 11/1/2021 | 900 | ($4.40) | | 5/19/2021 | 2 | $5.18 |
| 11/1/2021 | 918 | ($4.10) | | 5/19/2021 | 2 | $5.23 |
| 11/2/2021 | 2,500 | ($4.76) | | 5/19/2021 | 2 | $5.40 |
| 11/2/2021 | 2,500 | ($4.76) | | 5/19/2021 | 200 | $4.72 |
| 11/2/2021 | 2,500 | ($4.78) | | 5/19/2021 | 200 | $4.76 |
| 11/2/2021 | 10 | ($4.78) | | 5/19/2021 | 200 | $4.86 |
| 11/2/2021 | 100 | ($4.75) | | 5/19/2021 | 200 | $5.16 |
| 11/2/2021 | 1,000 | ($4.61) | | 5/19/2021 | 2000 | $5.15 |
| 11/2/2021 | 1,000 | ($4.78) | | 5/19/2021 | 2000 | $5.17 |
| 11/2/2021 | 1,000 | ($4.80) | | 5/19/2021 | 2000 | $5.24 |
| 11/2/2021 | 1,000 | ($4.80) | | 5/19/2021 | 2000 | $5.31 |
| 11/2/2021 | 105 | ($4.82) | | 5/19/2021 | 2000 | $5.42 |
| 11/2/2021 | 1,216 | ($4.70) | | 5/19/2021 | 216 | $4.71 |
| 11/2/2021 | 20 | ($4.80) | | 5/19/2021 | 217 | $4.71 |
| 11/2/2021 | 200 | ($4.61) | | 5/19/2021 | 24 | $5.05 |
| 11/2/2021 | 200 | ($4.74) | | 5/19/2021 | 2500 | $4.75 |

| Date | Qty | Price | | Date | Qty | Price |
|---|---|---|---|---|---|---|
| 11/2/2021 | 200 | ($4.80) | | 5/19/2021 | 26 | $5.00 |
| 11/2/2021 | 2,000 | ($4.76) | | 5/19/2021 | 285 | $5.10 |
| 11/2/2021 | 280 | ($4.78) | | 5/19/2021 | 3 | $5.08 |
| 11/2/2021 | 300 | ($4.84) | | 5/19/2021 | 31 | $4.76 |
| 11/2/2021 | 395 | ($4.81) | | 5/19/2021 | 311 | $5.12 |
| 11/2/2021 | 400 | ($4.85) | | 5/19/2021 | 4 | $5.01 |
| 11/2/2021 | 437 | ($4.79) | | 5/19/2021 | 400 | $4.41 |
| 11/2/2021 | 484 | ($4.75) | | 5/19/2021 | 400 | $4.77 |
| 11/2/2021 | 563 | ($4.79) | | 5/19/2021 | 400 | $4.92 |
| 11/2/2021 | 800 | ($4.63) | | 5/19/2021 | 401 | $4.50 |
| 11/2/2021 | 800 | ($4.82) | | 5/19/2021 | 409 | $5.10 |
| 11/3/2021 | 1 | ($4.99) | | 5/19/2021 | 416 | $4.83 |
| 11/3/2021 | 20 | ($4.93) | | 5/19/2021 | 50 | $5.06 |
| 11/3/2021 | 350 | ($4.92) | | 5/19/2021 | 502 | $5.31 |
| 11/3/2021 | 500 | ($4.99) | | 5/19/2021 | 509 | $5.03 |
| 11/3/2021 | 100 | ($4.77) | | 5/19/2021 | 513 | $4.46 |
| 11/3/2021 | 100 | ($4.80) | | 5/19/2021 | 541 | $5.10 |
| 11/3/2021 | 100 | ($4.83) | | 5/19/2021 | 567 | $5.42 |
| 11/3/2021 | 100 | ($4.83) | | 5/19/2021 | 600 | $4.99 |
| 11/3/2021 | 100 | ($4.85) | | 5/19/2021 | 600 | $5.23 |
| 11/3/2021 | 100 | ($4.93) | | 5/19/2021 | 605 | $5.16 |
| 11/3/2021 | 100 | ($4.97) | | 5/19/2021 | 634 | $5.41 |
| 11/3/2021 | 1,000 | ($4.79) | | 5/19/2021 | 650 | $4.70 |
| 11/3/2021 | 1,000 | ($4.80) | | 5/19/2021 | 699 | $5.10 |
| 11/3/2021 | 1,500 | ($4.85) | | 5/19/2021 | 73 | $5.02 |
| 11/3/2021 | 1,900 | ($4.79) | | 5/19/2021 | 77 | $5.02 |
| 11/3/2021 | 200 | ($4.89) | | 5/19/2021 | 801 | $5.20 |
| 11/3/2021 | 2,000 | ($4.77) | | 5/19/2021 | 83 | $4.75 |
| 11/3/2021 | 2,000 | ($4.90) | | 5/19/2021 | 831 | $4.75 |
| 11/3/2021 | 24 | ($4.96) | | 5/19/2021 | 92 | $4.77 |
| 11/3/2021 | 276 | ($4.98) | | 5/19/2021 | 989 | $4.83 |
| 11/3/2021 | 3 | ($4.89) | | 5/19/2021 | 1 | $5.27 |
| 11/3/2021 | 300 | ($4.90) | | 5/19/2021 | 1 | $5.29 |
| 11/3/2021 | 600 | ($4.80) | | 5/19/2021 | 1,000 | $5.21 |
| 11/3/2021 | 700 | ($4.80) | | 5/19/2021 | 1,000 | $5.21 |
| 11/3/2021 | 800 | ($4.85) | | 5/19/2021 | 1,000 | $5.42 |
| 11/4/2021 | 100 | ($4.98) | | 5/19/2021 | 1,000 | $5.42 |
| 11/5/2021 | 10 | ($5.02) | | 5/19/2021 | 1,500 | $5.41 |
| 11/5/2021 | 100 | ($4.93) | | 5/19/2021 | 1,594 | $5.41 |
| 11/5/2021 | 100 | ($4.94) | | 5/19/2021 | 2,545 | $5.30 |
| 11/5/2021 | 100 | ($4.98) | | 5/19/2021 | 3 | $5.30 |
| 11/5/2021 | 100 | ($4.99) | | 5/19/2021 | 351 | $5.25 |
| 11/5/2021 | 100 | ($4.99) | | 5/19/2021 | 50 | $5.31 |
| 11/5/2021 | 100 | ($5.00) | | 5/19/2021 | 500 | $5.32 |
| 11/5/2021 | 1,000 | ($4.98) | | 8/31/2021 | 100 | $5.05 |

| Date | Qty | Price | Date | Qty | Price |
|---|---|---|---|---|---|
| 11/5/2021 | 1,000 | ($4.99) | 11/16/2021 | 1 | $5.86 |
| 11/5/2021 | 1,000 | ($5.00) | 11/16/2021 | 1 | $5.97 |
| 11/5/2021 | 1,000 | ($5.00) | 11/16/2021 | 100 | $5.77 |
| 11/5/2021 | 102 | ($5.00) | 11/16/2021 | 100 | $5.85 |
| 11/5/2021 | 1,100 | ($5.03) | 11/16/2021 | 100 | $5.86 |
| 11/5/2021 | 1,400 | ($5.06) | 11/16/2021 | 100 | $5.91 |
| 11/5/2021 | 1,500 | ($4.95) | 11/16/2021 | 1,000 | $5.85 |
| 11/5/2021 | 1,500 | ($5.24) | 11/16/2021 | 1,000 | $5.87 |
| 11/5/2021 | 1,850 | ($4.98) | 11/16/2021 | 1,000 | $5.88 |
| 11/5/2021 | 19 | ($5.00) | 11/16/2021 | 1,000 | $5.95 |
| 11/5/2021 | 200 | ($4.98) | 11/16/2021 | 1,000 | $5.95 |
| 11/5/2021 | 200 | ($4.99) | 11/16/2021 | 1,000 | $5.96 |
| 11/5/2021 | 2,000 | ($4.98) | 11/16/2021 | 1,000 | $5.96 |
| 11/5/2021 | 304 | ($4.95) | 11/16/2021 | 1,000 | $5.97 |
| 11/5/2021 | 450 | ($5.00) | 11/16/2021 | 1,000 | $5.97 |
| 11/5/2021 | 800 | ($4.95) | 11/16/2021 | 1,000 | $5.97 |
| 11/5/2021 | 800 | ($4.99) | 11/16/2021 | 1,000 | $5.98 |
| 11/5/2021 | 800 | ($5.00) | 11/16/2021 | 1,000 | $5.99 |
| 11/5/2021 | 81 | ($5.01) | 11/16/2021 | 1,000 | $5.99 |
| 11/5/2021 | 817 | ($4.97) | 11/16/2021 | 1,000 | $6.00 |
| 11/5/2021 | 900 | ($5.00) | 11/16/2021 | 1,000 | $6.00 |
| 11/5/2021 | 96 | ($5.01) | 11/16/2021 | 1,000 | $6.00 |
| 11/8/2021 | 1,000 | ($5.14) | 11/16/2021 | 1,000 | $6.00 |
| 11/8/2021 | 7 | ($5.11) | 11/16/2021 | 1,200 | $5.85 |
| 11/8/2021 | 900 | ($5.09) | 11/16/2021 | 1,239 | $5.83 |
| 11/8/2021 | 93 | ($5.13) | 11/16/2021 | 1,500 | $5.86 |
| 11/8/2021 | 1 | ($5.28) | 11/16/2021 | 190 | $5.98 |
| 11/8/2021 | 100 | ($5.13) | 11/16/2021 | 200 | $5.81 |
| 11/8/2021 | 100 | ($5.21) | 11/16/2021 | 200 | $5.96 |
| 11/8/2021 | 100 | ($5.22) | 11/16/2021 | 200 | $6.00 |
| 11/8/2021 | 1,000 | ($5.17) | 11/16/2021 | 2,052 | $5.85 |
| 11/8/2021 | 1,500 | ($5.22) | 11/16/2021 | 217 | $5.87 |
| 11/8/2021 | 1,652 | ($5.15) | 11/16/2021 | 2,400 | $5.85 |
| 11/8/2021 | 1,774 | ($5.32) | 11/16/2021 | 2,500 | $5.86 |
| 11/8/2021 | 200 | ($5.21) | 11/16/2021 | 300 | $5.99 |
| 11/8/2021 | 25 | ($5.30) | 11/16/2021 | 400 | $5.86 |
| 11/8/2021 | 2,500 | ($5.24) | 11/16/2021 | 400 | $5.87 |
| 11/8/2021 | 2,500 | ($5.27) | 11/16/2021 | 420 | $5.78 |
| 11/8/2021 | 400 | ($5.13) | 11/16/2021 | 48 | $5.87 |
| 11/8/2021 | 500 | ($5.09) | 11/16/2021 | 483 | $5.86 |
| 11/8/2021 | 600 | ($5.16) | 11/16/2021 | 499 | $5.85 |
| 11/8/2021 | 600 | ($5.22) | 11/16/2021 | 500 | $5.86 |
| 11/8/2021 | 700 | ($5.33) | 11/16/2021 | 500 | $5.88 |
| 11/8/2021 | 848 | ($5.18) | 11/16/2021 | 500 | $5.95 |
| 11/8/2021 | 900 | ($5.17) | 11/16/2021 | 500 | $5.95 |

| 11/8/2021 | 997 | ($5.14) | 11/16/2021 | 500 | $5.95 |
|---|---|---|---|---|---|
| 11/9/2021 | 15 | ($5.35) | 11/16/2021 | 500 | $5.95 |
| 11/9/2021 | 200 | ($5.34) | 11/16/2021 | 500 | $5.96 |
| 11/9/2021 | 500 | ($5.04) | 11/16/2021 | 500 | $5.97 |
| 11/9/2021 | 500 | ($5.29) | 11/16/2021 | 500 | $6.00 |
| 11/9/2021 | 500 | ($5.31) | 11/16/2021 | 500 | $6.01 |
| 11/10/2021 | 100 | ($5.34) | 11/16/2021 | 500 | $6.01 |
| 11/10/2021 | 200 | ($5.34) | 11/16/2021 | 500 | $6.02 |
| 11/10/2021 | 200 | ($5.34) | 11/16/2021 | 541 | $5.85 |
| 11/10/2021 | 200 | ($5.39) | 11/16/2021 | 700 | $5.97 |
| 11/10/2021 | 218 | ($5.32) | 11/16/2021 | 99 | $5.95 |
| 11/10/2021 | 290 | ($5.25) | 11/17/2021 | 1 | $5.92 |
| 11/10/2021 | 401 | ($5.31) | 11/17/2021 | 1 | $5.96 |
| 11/10/2021 | 67 | ($5.27) | 11/17/2021 | 10 | $5.90 |
| 11/10/2021 | 9 | ($5.32) | 11/17/2021 | 1,000 | $5.85 |
| 11/11/2021 | 100 | ($5.48) | 11/17/2021 | 1,000 | $5.90 |
| 11/11/2021 | 100 | ($5.49) | 11/17/2021 | 1,000 | $5.93 |
| 11/11/2021 | 100 | ($5.49) | 11/17/2021 | 1,000 | $5.95 |
| 11/11/2021 | 100 | ($5.50) | 11/17/2021 | 1,000 | $5.95 |
| 11/11/2021 | 300 | ($5.46) | 11/17/2021 | 1,000 | $5.95 |
| 11/11/2021 | 490 | ($5.50) | 11/17/2021 | 1,000 | $5.96 |
| 11/12/2021 | 100 | ($5.54) | 11/17/2021 | 1,000 | $5.97 |
| 11/23/2021 | 100 | ($5.54) | 11/17/2021 | 1,500 | $5.95 |
| 11/23/2021 | 100 | ($5.62) | 11/17/2021 | 302 | $5.86 |
| 11/23/2021 | 100 | ($5.63) | 11/17/2021 | 490 | $5.90 |
| 11/23/2021 | 100 | ($5.74) | 11/17/2021 | 500 | $5.85 |
| 11/23/2021 | 100 | ($5.75) | 11/17/2021 | 500 | $5.90 |
| 11/23/2021 | 100 | ($5.77) | 11/17/2021 | 500 | $5.91 |
| 11/23/2021 | 100 | ($6.20) | 11/17/2021 | 500 | $5.91 |
| 11/23/2021 | 1,000 | ($5.59) | 11/17/2021 | 500 | $5.93 |
| 11/23/2021 | 1,000 | ($5.61) | 11/17/2021 | 500 | $5.96 |
| 11/23/2021 | 1,000 | ($5.61) | 11/17/2021 | 500 | $5.96 |
| 11/23/2021 | 1,000 | ($5.62) | 11/17/2021 | 698 | $5.85 |
| 11/23/2021 | 1,000 | ($5.70) | 11/17/2021 | 999 | $5.90 |
| 11/23/2021 | 1,000 | ($5.70) | 11/17/2021 | 999 | $5.95 |
| 11/23/2021 | 1,000 | ($5.78) | 11/18/2021 | 100 | $5.92 |
| 11/23/2021 | 1,000 | ($5.98) | 11/18/2021 | 100 | $5.95 |
| 11/23/2021 | 1,000 | ($6.23) | 11/18/2021 | 100 | $6.00 |
| 11/23/2021 | 200 | ($5.61) | 11/18/2021 | 1,000 | $5.92 |
| 11/23/2021 | 200 | ($5.62) | 11/18/2021 | 1,000 | $6.02 |
| 11/23/2021 | 200 | ($5.76) | 11/18/2021 | 159 | $6.01 |
| 11/23/2021 | 200 | ($5.99) | 11/18/2021 | 1,600 | $5.95 |
| 11/23/2021 | 200 | ($6.09) | 11/18/2021 | 1,700 | $5.92 |
| 11/23/2021 | 200 | ($6.09) | 11/18/2021 | 1,900 | $5.94 |
| 11/23/2021 | 300 | ($6.21) | 11/18/2021 | 200 | $5.92 |

| | | | | | |
|---|---|---|---|---|---|
| 11/23/2021 | 3,800 | ($5.99) | 11/18/2021 | 2,000 | $5.95 |
| 11/23/2021 | 400 | ($5.59) | 11/18/2021 | 2,000 | $5.95 |
| 11/23/2021 | 400 | ($5.62) | 11/18/2021 | 2,000 | $5.97 |
| 11/23/2021 | 500 | ($5.53) | 11/18/2021 | 2,000 | $5.97 |
| 11/23/2021 | 500 | ($5.62) | 11/18/2021 | 2,000 | $5.97 |
| 11/23/2021 | 500 | ($5.81) | 11/18/2021 | 2,000 | $5.97 |
| 11/23/2021 | 500 | ($5.81) | 11/18/2021 | 2,000 | $5.97 |
| 11/23/2021 | 500 | ($5.81) | 11/18/2021 | 2,000 | $5.97 |
| 11/23/2021 | 500 | ($5.81) | 11/18/2021 | 2,000 | $5.98 |
| 11/23/2021 | 500 | ($5.81) | 11/18/2021 | 2,000 | $5.99 |
| 11/23/2021 | 500 | ($5.83) | 11/18/2021 | 2,000 | $6.00 |
| 11/23/2021 | 500 | ($5.83) | 11/18/2021 | 2,000 | $6.00 |
| 11/23/2021 | 500 | ($5.89) | 11/18/2021 | 2,000 | $6.00 |
| 11/23/2021 | 500 | ($5.89) | 11/18/2021 | 2,000 | $6.06 |
| 11/23/2021 | 500 | ($5.93) | 11/18/2021 | 2,500 | $5.92 |
| 11/23/2021 | 500 | ($5.94) | 11/18/2021 | 341 | $6.01 |
| 11/23/2021 | 500 | ($5.95) | 11/18/2021 | 400 | $5.93 |
| 11/23/2021 | 500 | ($5.95) | 11/18/2021 | 400 | $5.96 |
| 11/23/2021 | 500 | ($5.97) | 11/18/2021 | 400 | $6.00 |
| 11/23/2021 | 500 | ($6.23) | 11/18/2021 | 500 | $5.90 |
| 11/23/2021 | 600 | ($6.08) | 11/18/2021 | 500 | $5.92 |
| 11/23/2021 | 9 | ($6.21) | 11/18/2021 | 500 | $5.92 |
| 11/23/2021 | 91 | ($6.23) | 11/18/2021 | 500 | $5.92 |
| 11/23/2021 | 100 | ($5.95) | 11/18/2021 | 500 | $5.94 |
| 11/23/2021 | 400 | ($5.96) | 11/18/2021 | 500 | $5.94 |
| 11/23/2021 | 500 | ($5.84) | 11/18/2021 | 500 | $5.95 |
| 11/23/2021 | 500 | ($5.90) | 11/18/2021 | 500 | $5.96 |
| 11/23/2021 | 500 | ($5.90) | 11/18/2021 | 500 | $5.96 |
| 11/23/2021 | 500 | ($5.92) | 11/18/2021 | 500 | $5.99 |
| 11/23/2021 | 500 | ($5.92) | 11/18/2021 | 500 | $5.99 |
| 11/23/2021 | 500 | ($5.96) | 11/18/2021 | 600 | $5.95 |
| 11/23/2021 | 500 | ($6.00) | 11/18/2021 | 100 | $5.56 |
| 11/23/2021 | 500 | ($6.01) | 11/18/2021 | 100 | $5.58 |
| 11/23/2021 | 500 | ($6.06) | 11/18/2021 | 100 | $5.58 |
| 11/23/2021 | 500 | ($6.06) | 11/18/2021 | 100 | $5.61 |
| 11/23/2021 | 500 | ($6.06) | 11/18/2021 | 1100 | $5.83 |
| 11/24/2021 | 1,000 | ($6.19) | 11/18/2021 | 1400 | $5.86 |
| 11/24/2021 | 1,600 | ($6.23) | 11/18/2021 | 1631 | $5.77 |
| 11/24/2021 | 2,000 | ($6.01) | 11/18/2021 | 1660 | $5.82 |
| 11/24/2021 | 2,000 | ($6.18) | 11/18/2021 | 191 | $5.55 |
| 11/24/2021 | 2,500 | ($6.18) | 11/18/2021 | 200 | $5.55 |
| 11/24/2021 | 400 | ($6.22) | 11/18/2021 | 200 | $5.56 |
| 11/24/2021 | 4,000 | ($6.01) | 11/18/2021 | 200 | $5.56 |
| 11/24/2021 | 4,000 | ($6.18) | 11/18/2021 | 200 | $5.57 |
| 11/24/2021 | 500 | ($6.10) | 11/18/2021 | 200 | $5.57 |

| | | | | | |
|---|---|---|---|---|---|
| 11/24/2021 | 500 | ($6.10) | 11/18/2021 | 200 | $5.61 |
| 11/24/2021 | 500 | ($6.17) | 11/18/2021 | 2500 | $5.62 |
| 11/24/2021 | 500 | ($6.19) | 11/18/2021 | 2500 | $5.83 |
| 11/24/2021 | 500 | ($6.20) | 11/18/2021 | 2500 | $5.83 |
| 11/26/2021 | 2,000 | ($6.45) | 11/18/2021 | 2500 | $5.83 |
| 11/26/2021 | 500 | ($6.70) | 11/18/2021 | 300 | $5.55 |
| 11/26/2021 | 500 | ($6.67) | 11/18/2021 | 3621 | $5.68 |
| 5/3/2022 | 1,720 | ($4.41) | 11/18/2021 | 400 | $5.56 |
| 5/3/2022 | 2,500 | ($4.49) | 11/18/2021 | 400 | $5.70 |
| 5/3/2022 | 280 | ($4.44) | 11/18/2021 | 500 | $5.55 |
| 5/3/2022 | 500 | ($4.52) | 11/18/2021 | 500 | $5.55 |
| 5/3/2022 | 1,000 | ($4.42) | 11/18/2021 | 500 | $5.55 |
| 5/3/2022 | 157 | ($4.42) | 11/18/2021 | 500 | $5.57 |
| 5/3/2022 | 200 | ($4.42) | 11/18/2021 | 500 | $5.57 |
| 5/3/2022 | 100 | ($4.42) | 11/18/2021 | 500 | $5.69 |
| 5/3/2022 | 300 | ($4.42) | 11/18/2021 | 500 | $5.69 |
| 5/3/2022 | 143 | ($4.41) | 11/18/2021 | 500 | $5.69 |
| 5/3/2022 | 100 | ($4.34) | 11/18/2021 | 500 | $5.69 |
| 5/3/2022 | 1,000 | ($4.35) | 11/18/2021 | 500 | $5.69 |
| 5/3/2022 | 1,000 | ($4.40) | 11/18/2021 | 79 | $5.68 |
| 5/3/2022 | 1,000 | ($4.48) | 11/18/2021 | 840 | $5.81 |
| 5/4/2022 | 1 | ($4.40) | 11/18/2021 | 869 | $5.76 |
| 5/4/2022 | 100 | ($4.70) | 11/18/2021 | 9 | $5.56 |
| 5/4/2022 | 1,000 | ($4.40) | 11/18/2021 | 900 | $5.69 |
| 5/4/2022 | 1,000 | ($4.42) | 11/18/2021 | 1,100 | $5.87 |
| 5/4/2022 | 1,000 | ($4.69) | 11/18/2021 | 1,210 | $5.87 |
| 5/4/2022 | 1,000 | ($4.84) | 11/18/2021 | 1,300 | $5.85 |
| 5/4/2022 | 1,000 | ($4.84) | 11/18/2021 | 1,400 | $5.88 |
| 5/4/2022 | 2,500 | ($4.68) | 11/18/2021 | 1,500 | $5.84 |
| 5/4/2022 | 2,500 | ($4.85) | 11/18/2021 | 1,500 | $5.87 |
| 5/4/2022 | 300 | ($4.44) | 11/18/2021 | 1,500 | $5.90 |
| 5/4/2022 | 699 | ($4.37) | 11/18/2021 | 2,500 | $5.86 |
| 5/4/2022 | 900 | ($4.67) | 11/18/2021 | 500 | $5.96 |
| 5/5/2022 | 1,000 | ($4.76) | 11/29/2021 | 100 | $6.31 |
| 5/5/2022 | 1,000 | ($4.78) | 11/29/2021 | 100 | $6.31 |
| 5/5/2022 | 1,000 | ($4.78) | 11/29/2021 | 100 | $6.32 |
| 5/5/2022 | 1,000 | ($4.78) | 11/29/2021 | 1,000 | $6.31 |
| 5/5/2022 | 1,000 | ($4.83) | 11/29/2021 | 1,000 | $6.31 |
| 5/5/2022 | 1,000 | ($4.88) | 11/29/2021 | 1,000 | $6.31 |
| 5/5/2022 | 1,000 | ($4.89) | 11/29/2021 | 1,000 | $6.37 |
| 5/5/2022 | 1,000 | ($4.89) | 11/29/2021 | 1,000 | $6.39 |
| 5/5/2022 | 1,000 | ($4.93) | 11/29/2021 | 1,000 | $6.43 |
| 5/5/2022 | 1,000 | ($4.93) | 11/29/2021 | 1,000 | $6.50 |
| 5/5/2022 | 1,000 | ($4.93) | 11/29/2021 | 1,000 | $6.51 |
| 5/5/2022 | 1,000 | ($4.97) | 11/29/2021 | 1,000 | $6.55 |

| | | | | | |
|---|---|---|---|---|---|
| 5/5/2022 | 1,200 | ($4.94) | 11/29/2021 | 157 | $6.48 |
| 5/5/2022 | 2,000 | ($5.02) | 11/29/2021 | 1,852 | $6.30 |
| 5/5/2022 | 222 | ($5.02) | 11/29/2021 | 200 | $6.31 |
| 5/5/2022 | 2,270 | ($5.02) | 11/29/2021 | 200 | $6.31 |
| 5/5/2022 | 500 | ($4.71) | 11/29/2021 | 200 | $6.32 |
| 5/5/2022 | 500 | ($4.73) | 11/29/2021 | 200 | $6.33 |
| 5/5/2022 | 500 | ($4.78) | 11/29/2021 | 200 | $6.33 |
| 5/5/2022 | 8 | ($5.00) | 11/29/2021 | 200 | $6.33 |
| 5/5/2022 | 800 | ($4.95) | 11/29/2021 | 200 | $6.53 |
| 5/5/2022 | 500 | ($5.00) | 11/29/2021 | 300 | $6.59 |
| 5/5/2022 | 1,000 | ($5.00) | 11/29/2021 | 32 | $6.31 |
| 5/5/2022 | 1,000 | ($5.00) | 11/29/2021 | 400 | $6.33 |
| 5/5/2022 | 2,500 | ($4.83) | 11/29/2021 | 400 | $6.35 |
| 5/5/2022 | 187 | ($5.03) | 11/29/2021 | 500 | $6.35 |
| 5/5/2022 | 1,813 | ($5.00) | 11/29/2021 | 55 | $6.51 |
| 5/5/2022 | 500 | ($5.11) | 11/29/2021 | 700 | $6.43 |
| 5/6/2022 | 1,000 | ($4.76) | 11/29/2021 | 798 | $6.46 |
| 5/6/2022 | 1,000 | ($5.00) | 11/29/2021 | 8 | $6.53 |
| 5/6/2022 | 1,000 | ($5.11) | 11/29/2021 | 85 | $6.47 |
| 5/6/2022 | 1,000 | ($5.12) | 11/29/2021 | 897 | $6.50 |
| 5/6/2022 | 200 | ($5.19) | 11/30/2021 | 10 | $5.88 |
| 5/6/2022 | 2,500 | ($5.00) | 11/30/2021 | 100 | $5.01 |
| 5/6/2022 | 2,500 | ($5.12) | 11/30/2021 | 100 | $5.27 |
| 5/6/2022 | 2,500 | ($5.13) | 11/30/2021 | 100 | $5.33 |
| 5/6/2022 | 40 | ($5.11) | 11/30/2021 | 100 | $5.42 |
| 5/6/2022 | 400 | ($5.11) | 11/30/2021 | 100 | $5.95 |
| 5/6/2022 | 5,000 | ($5.00) | 11/30/2021 | 1,000 | $5.40 |
| 5/6/2022 | 6 | ($5.09) | 11/30/2021 | 1,000 | $6.06 |
| 5/6/2022 | 800 | ($5.20) | 11/30/2021 | 1,000 | $6.06 |
| 5/6/2022 | 15 | ($4.79) | 11/30/2021 | 1,000 | $6.07 |
| 5/6/2022 | 2 | ($4.79) | 11/30/2021 | 1,100 | $5.35 |
| 5/6/2022 | 1,000 | ($4.85) | 11/30/2021 | 111 | $5.87 |
| 5/6/2022 | 1,000 | ($4.85) | 11/30/2021 | 124 | $5.28 |
| 5/6/2022 | 1,000 | ($4.87) | 11/30/2021 | 150 | $5.13 |
| 5/6/2022 | 212 | ($4.78) | 11/30/2021 | 1,500 | $5.04 |
| 5/6/2022 | 20 | ($4.78) | 11/30/2021 | 1,990 | $5.59 |
| 5/6/2022 | 2 | ($4.95) | 11/30/2021 | 200 | $5.08 |
| 5/9/2022 | 34 | ($4.88) | 11/30/2021 | 200 | $5.16 |
| 5/9/2022 | 466 | ($4.86) | 11/30/2021 | 200 | $5.18 |
| 5/9/2022 | 33 | ($4.90) | 11/30/2021 | 200 | $5.19 |
| 5/9/2022 | 467 | ($4.89) | 11/30/2021 | 200 | $5.61 |
| 5/9/2022 | 500 | ($4.88) | 11/30/2021 | 200 | $5.65 |
| 5/9/2022 | 600 | ($4.79) | 11/30/2021 | 200 | $5.87 |
| 5/9/2022 | 500 | ($4.81) | 11/30/2021 | 200 | $5.89 |
| 5/9/2022 | 500 | ($4.82) | 11/30/2021 | 200 | $5.90 |

| Date | Qty | Price | Date | Qty | Price |
|---|---|---|---|---|---|
| 5/9/2022 | 500 | ($4.83) | 11/30/2021 | 200 | $6.13 |
| 5/9/2022 | 1,000 | ($4.94) | 11/30/2021 | 200 | $6.13 |
| 5/9/2022 | 383 | ($4.94) | 11/30/2021 | 2,000 | $5.08 |
| 5/9/2022 | 200 | ($4.81) | 11/30/2021 | 2,116 | $5.41 |
| 5/9/2022 | 300 | ($4.84) | 11/30/2021 | 2,400 | $5.26 |
| 5/9/2022 | 200 | ($4.85) | 11/30/2021 | 293 | $5.62 |
| 5/9/2022 | 100 | ($4.85) | 11/30/2021 | 300 | $5.36 |
| 5/9/2022 | 200 | ($4.80) | 11/30/2021 | 300 | $5.66 |
| 5/9/2022 | 1,000 | ($4.92) | 11/30/2021 | 400 | $4.91 |
| 5/9/2022 | 200 | ($5.03) | 11/30/2021 | 500 | $5.27 |
| 5/9/2022 | 800 | ($4.89) | 11/30/2021 | 500 | $5.61 |
| 5/9/2022 | 500 | ($4.93) | 11/30/2021 | 500 | $5.61 |
| 5/9/2022 | 500 | ($4.90) | 11/30/2021 | 500 | $5.61 |
| 5/9/2022 | 500 | ($5.06) | 11/30/2021 | 500 | $5.62 |
| 5/10/2022 | 500 | ($4.92) | 11/30/2021 | 500 | $5.65 |
| 5/10/2022 | 500 | ($5.06) | 11/30/2021 | 500 | $5.68 |
| 5/10/2022 | 500 | ($5.06) | 11/30/2021 | 500 | $6.03 |
| 5/10/2022 | 250 | ($4.90) | 11/30/2021 | 500 | $6.19 |
| 5/10/2022 | 100 | ($4.92) | 11/30/2021 | 500 | $6.21 |
| 5/10/2022 | 150 | ($4.90) | 11/30/2021 | 530 | $5.15 |
| 5/10/2022 | 500 | ($5.06) | 11/30/2021 | 600 | $5.26 |
| 5/10/2022 | 2,000 | ($4.97) | 11/30/2021 | 600 | $5.86 |
| 5/10/2022 | 305 | ($5.10) | 11/30/2021 | 600 | $6.14 |
| 5/10/2022 | 23 | ($5.09) | 11/30/2021 | 650 | $5.14 |
| 5/10/2022 | 100 | ($5.08) | 11/30/2021 | 7 | $5.63 |
| 5/10/2022 | 81 | ($5.07) | 11/30/2021 | 700 | $5.93 |
| 5/10/2022 | 2,491 | ($5.00) | 11/30/2021 | 770 | $5.07 |
| 5/10/2022 | 2,000 | ($4.99) | 11/30/2021 | 776 | $5.40 |
| 5/10/2022 | 2,000 | ($4.91) | 11/30/2021 | 800 | $5.85 |
| 5/10/2022 | 1,000 | ($4.82) | 11/30/2021 | 89 | $5.81 |
| 5/10/2022 | 1,000 | ($4.82) | 11/30/2021 | 1 | $5.50 |
| 5/10/2022 | 250 | ($4.86) | 11/30/2021 | 100 | $5.44 |
| 5/10/2022 | 400 | ($4.82) | 11/30/2021 | 100 | $5.58 |
| 5/10/2022 | 600 | ($4.81) | 11/30/2021 | 100 | $5.66 |
| 5/10/2022 | 250 | ($4.81) | 11/30/2021 | 100 | $5.76 |
| 5/10/2022 | 500 | ($4.86) | 11/30/2021 | 100 | $5.82 |
| 5/10/2022 | 200 | ($4.75) | 11/30/2021 | 1000 | $5.40 |
| 5/10/2022 | 300 | ($4.82) | 11/30/2021 | 1150 | $5.61 |
| 5/10/2022 | 500 | ($4.80) | 11/30/2021 | 120 | $5.56 |
| 5/11/2022 | 250 | ($4.73) | 11/30/2021 | 1330 | $5.50 |
| 5/11/2022 | 250 | ($4.90) | 11/30/2021 | 150 | $5.75 |
| 5/11/2022 | 500 | ($4.74) | 11/30/2021 | 198 | $5.40 |
| 5/11/2022 | 500 | ($4.74) | 11/30/2021 | 200 | $5.41 |
| 5/11/2022 | 250 | ($4.89) | 11/30/2021 | 200 | $5.51 |
| 5/11/2022 | 250 | ($4.88) | 11/30/2021 | 200 | $5.84 |

| | | | | | |
|---|---|---|---|---|---|
| 5/11/2022 | 500 | ($4.74) | 11/30/2021 | 200 | $5.85 |
| 5/11/2022 | 500 | ($4.86) | 11/30/2021 | 201 | $5.46 |
| 5/11/2022 | 500 | ($4.85) | 11/30/2021 | 250 | $5.65 |
| 5/12/2022 | 3 | ($4.86) | 11/30/2021 | 300 | $5.45 |
| 5/12/2022 | 129 | ($4.86) | 11/30/2021 | 450 | $5.90 |
| 5/12/2022 | 118 | ($4.75) | 11/30/2021 | 50 | $5.61 |
| 5/12/2022 | 250 | ($4.66) | 6/9/2022 | 100 | $4.03 |
| 5/12/2022 | 250 | ($4.66) | 6/9/2022 | 100 | $4.07 |
| 5/12/2022 | 250 | ($4.71) | 6/9/2022 | 100 | $4.21 |
| 5/12/2022 | 250 | ($4.70) | 6/10/2022 | 100 | $4.13 |
| 5/12/2022 | 250 | ($4.71) | 6/10/2022 | 100 | $4.17 |
| 5/12/2022 | 250 | ($4.79) | 6/10/2022 | 1,483 | $4.04 |
| 5/12/2022 | 500 | ($4.73) | 6/10/2022 | 642 | $4.04 |
| 5/12/2022 | 250 | ($4.56) | 6/24/2022 | 100 | $3.95 |
| 5/12/2022 | 200 | ($4.56) | 6/24/2022 | 500 | $3.96 |
| 5/12/2022 | 500 | ($4.58) | 7/1/2022 | 100 | $3.90 |
| 5/12/2022 | 2,000 | ($4.67) | 7/6/2022 | 125 | $3.81 |
| 5/12/2022 | 2,000 | ($4.55) | 7/13/2022 | 100 | $4.21 |
| 5/12/2022 | 300 | ($4.57) | 7/13/2022 | 200 | $4.36 |
| 5/12/2022 | 1,000 | ($4.78) | 8/11/2022 | 100 | $4.05 |
| 5/12/2022 | 1,598 | ($4.79) | 8/11/2022 | 200 | $4.05 |
| 5/12/2022 | 262 | ($4.78) | 8/11/2022 | 250 | $4.11 |
| 5/12/2022 | 126 | ($4.77) | 8/11/2022 | 300 | $4.11 |
| 5/12/2022 | 7 | ($4.67) | 8/11/2022 | 500 | $4.13 |
| 5/12/2022 | 7 | ($4.65) | 8/18/2022 | 100 | $4.18 |
| 5/13/2022 | 200 | ($4.73) | 8/19/2022 | 200 | $4.17 |
| 5/13/2022 | 200 | ($4.74) | 8/19/2022 | 22 | $4.17 |
| 5/13/2022 | 250 | ($4.90) | 8/22/2022 | 250 | $4.13 |
| 5/13/2022 | 2,500 | ($4.70) | 8/23/2022 | 150 | $4.11 |
| 5/13/2022 | 500 | ($4.64) | 8/23/2022 | 150 | $4.11 |
| 5/13/2022 | 500 | ($4.63) | 8/23/2022 | 150 | $4.12 |
| 5/13/2022 | 500 | ($4.64) | 8/23/2022 | 150 | $4.12 |
| 5/13/2022 | 100 | ($4.85) | 8/23/2022 | 150 | $4.12 |
| 5/13/2022 | 200 | ($4.84) | 8/23/2022 | 200 | $4.08 |
| 5/13/2022 | 100 | ($4.84) | 8/23/2022 | 200 | $4.11 |
| 5/13/2022 | 100 | ($4.83) | 8/23/2022 | 215 | $4.08 |
| 5/13/2022 | 500 | ($4.66) | 8/23/2022 | 250 | $4.08 |
| 5/13/2022 | 500 | ($4.85) | 8/23/2022 | 250 | $4.09 |
| 5/13/2022 | 500 | ($4.85) | 8/23/2022 | 35 | $4.09 |
| 5/13/2022 | 1,000 | ($4.69) | 8/24/2022 | 300 | $4.10 |
| 5/13/2022 | 1,500 | ($4.85) | 8/24/2022 | 50 | $3.97 |
| 5/13/2022 | 900 | ($4.86) | 8/29/2022 | 100 | $4.12 |
| 5/13/2022 | 100 | ($4.86) | 8/31/2022 | 175 | $4.07 |
| 5/13/2022 | 400 | ($4.75) | 8/31/2022 | 25 | $4.02 |
| 5/13/2022 | 600 | ($4.73) | 9/1/2022 | 1 | $3.95 |

| Date | Qty | Price | Date | Qty | Price |
|---|---|---|---|---|---|
| 5/13/2022 | 800 | ($4.87) | 9/1/2022 | 100 | $3.88 |
| 5/13/2022 | 200 | ($4.86) | 9/1/2022 | 14 | $3.89 |
| 5/13/2022 | 1,000 | ($4.87) | 9/1/2022 | 200 | $3.88 |
| 5/13/2022 | 1,000 | ($4.87) | 9/1/2022 | 200 | $3.88 |
| 5/13/2022 | 1,000 | ($4.67) | 9/1/2022 | 200 | $3.89 |
| 5/13/2022 | 1,000 | ($4.71) | 9/1/2022 | 200 | $3.93 |
| 5/13/2022 | 1,000 | ($4.70) | 9/1/2022 | 200 | $3.93 |
| 5/13/2022 | 1,000 | ($4.70) | 9/1/2022 | 200 | $3.93 |
| 5/13/2022 | 250 | ($4.84) | 9/1/2022 | 200 | $3.96 |
| 5/13/2022 | 750 | ($4.79) | 9/1/2022 | 207 | $3.94 |
| 5/13/2022 | 766 | ($4.95) | 9/1/2022 | 214 | $4.04 |
| 5/13/2022 | 100 | ($4.93) | 9/1/2022 | 250 | $4.08 |
| 5/13/2022 | 134 | ($4.87) | 9/1/2022 | 286 | $3.88 |
| 5/13/2022 | 49 | ($4.95) | 9/1/2022 | 300 | $3.93 |
| 5/13/2022 | 1 | ($4.80) | 9/1/2022 | 300 | $3.95 |
| 5/13/2022 | 40 | ($4.80) | 9/1/2022 | 300 | $3.96 |
| 5/13/2022 | 3 | ($4.90) | 9/1/2022 | 300 | $3.97 |
| 5/13/2022 | 1 | ($4.92) | 9/1/2022 | 300 | $3.97 |
| 5/16/2022 | 130 | ($4.75) | 9/1/2022 | 36 | $4.05 |
| 5/16/2022 | 200 | ($4.66) | 9/1/2022 | 500 | $3.97 |
| 5/16/2022 | 250 | ($4.65) | 9/1/2022 | 600 | $3.97 |
| 5/16/2022 | 250 | ($4.86) | 9/1/2022 | 700 | $3.95 |
| 5/16/2022 | 40 | ($4.83) | 9/1/2022 | 700 | $3.97 |
| 5/16/2022 | 80 | ($4.74) | 9/1/2022 | 700 | $3.97 |
| 5/17/2022 | 1,000 | ($4.97) | 9/1/2022 | 92 | $3.95 |
| 5/17/2022 | 144 | ($4.87) | 9/2/2022 | 100 | $3.86 |
| 5/17/2022 | 2,000 | ($4.98) | 9/2/2022 | 101 | $3.75 |
| 5/17/2022 | 500 | ($4.87) | 9/2/2022 | 200 | $3.91 |
| 5/17/2022 | 510 | ($4.85) | 9/2/2022 | 200 | $3.92 |
| 5/17/2022 | 800 | ($4.88) | 9/2/2022 | 99 | $3.76 |
| 5/18/2022 | 250 | ($4.97) | 9/8/2022 | 200 | $3.93 |
| 5/19/2022 | 250 | ($4.80) | 9/13/2022 | 100 | $3.84 |
| 5/19/2022 | 250 | ($4.90) | 9/15/2022 | 100 | $3.77 |
| 5/20/2022 | 2 | ($4.77) | 9/19/2022 | 150 | $3.76 |
| 5/20/2022** | 20 | ($4.89) | 9/21/2022 | 100 | $3.41 |
| 5/20/2022 | 200 | ($4.81) | 9/21/2022 | 100 | $3.69 |
| 5/20/2022** | 210 | ($4.90) | 9/21/2022 | 140 | $3.14 |
| 5/20/2022 | 248 | ($4.79) | 9/21/2022 | 150 | $3.49 |
| 5/20/2022 | 250 | ($4.73) | 9/21/2022 | 200 | $3.21 |
| 5/20/2022 | 250 | ($4.77) | 9/21/2022 | 200 | $3.45 |
| 5/20/2022 | 250 | ($4.78) | 9/21/2022 | 200 | $3.63 |
| 5/20/2022 | 250 | ($4.79) | 9/21/2022 | 200 | $3.64 |
| 5/20/2022 | 250 | ($4.82) | 9/21/2022 | 200 | $3.66 |
| 5/20/2022 | 250 | ($4.83) | 9/21/2022 | 250 | $3.16 |
| 5/20/2022 | 250 | ($4.86) | 9/21/2022 | 250 | $3.16 |

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2022 | 250 | ($4.87) | 9/21/2022 | 250 | $3.22 |
| 5/20/2022 | 300 | ($4.75) | 9/21/2022 | 250 | $3.42 |
| 5/20/2022** | 70 | ($4.88) | 9/21/2022 | 250 | $3.57 |
| 5/23/2022 | 200 | ($4.78) | 9/21/2022 | 250 | $3.60 |
| 5/23/2022 | 250 | ($4.78) | 9/21/2022 | 250 | $3.63 |
| 5/23/2022 | 250 | ($4.85) | 9/21/2022 | 250 | $3.65 |
| 5/23/2022 | 500 | ($4.71) | 9/21/2022 | 300 | $3.12 |
| 5/23/2022 | 500 | ($4.71) | 9/21/2022 | 300 | $3.15 |
| 5/23/2022 | 500 | ($4.74) | 9/21/2022 | 300 | $3.64 |
| 5/23/2022 | 500 | ($4.74) | 9/21/2022 | 400 | $3.15 |
| 5/25/2022 | 1,750 | ($4.50) | 9/21/2022 | 400 | $3.18 |
| 5/25/2022 | 250 | ($4.42) | 9/21/2022 | 500 | $3.18 |
| 5/25/2022 | 250 | ($4.48) | 9/21/2022 | 500 | $3.18 |
| 5/25/2022 | 500 | ($4.49) | 9/21/2022 | 500 | $3.48 |
| 5/25/2022 | 750 | ($4.50) | 9/21/2022 | 500 | $3.48 |
| 5/26/2022 | 100 | ($4.48) | 9/21/2022 | 500 | $3.60 |
| 5/26/2022 | 150 | ($4.49) | 9/21/2022 | 60 | $3.08 |
| 5/26/2022 | 250 | ($4.42) | 9/21/2022 | 750 | $3.18 |
| 5/26/2022 | 250 | ($4.49) | 9/22/2022 | 1 | $2.37 |
| 5/26/2022 | 250 | ($4.50) | 9/22/2022 | 10 | $2.26 |
| 5/27/2022 | 1 | ($4.54) | 9/22/2022 | 100 | $2.12 |
| 5/27/2022 | 183 | ($4.59) | 9/22/2022 | 100 | $2.13 |
| 5/27/2022 | 250 | ($4.48) | 9/22/2022 | 100 | $2.16 |
| 5/27/2022 | 250 | ($4.63) | 9/22/2022 | 100 | $2.18 |
| 5/27/2022 | 66 | ($4.49) | 9/22/2022 | 100 | $2.28 |
| 6/7/2022 | 200 | ($4.32) | 9/22/2022 | 100 | $2.29 |
| 6/7/2022 | 500 | ($4.41) | 9/22/2022 | 100 | $2.31 |
| 7/11/2022 | 100 | ($4.38) | 9/22/2022 | 100 | $2.46 |
| 7/11/2022 | 18 | ($4.37) | 9/22/2022 | 1,000 | $2.21 |
| 7/11/2022 | 34 | ($4.38) | 9/22/2022 | 1,500 | $2.25 |
| 7/11/2022** | 58 | ($4.16) | 9/22/2022 | 1,500 | $2.58 |
| 7/11/2022** | 80 | ($4.39) | 9/22/2022 | 1,500 | $2.58 |
| 7/11/2022 | 82 | ($4.30) | 9/22/2022 | 1,700 | $2.22 |
| 7/29/2022 | 200 | ($4.42) | 9/22/2022 | 1,800 | $2.21 |
| 7/29/2022 | 200 | ($4.48) | 9/22/2022 | 200 | $2.28 |
| 7/29/2022 | 263 | ($4.50) | 9/22/2022 | 216 | $2.11 |
| 7/29/2022 | 266 | ($4.49) | 9/22/2022 | 2,400 | $2.47 |
| 7/29/2022 | 500 | ($4.50) | 9/22/2022 | 2,499 | $2.36 |
| 8/1/2022 | 183 | ($4.44) | 9/22/2022 | 2,500 | $2.21 |
| 8/1/2022 | 199 | ($4.33) | 9/22/2022 | 2,500 | $2.21 |
| 8/1/2022 | 200 | ($4.33) | 9/22/2022 | 2,500 | $2.36 |
| 8/1/2022 | 250 | ($4.44) | 9/22/2022 | 2,500 | $2.40 |
| 8/1/2022 | 300 | ($4.43) | 9/22/2022 | 2,780 | $2.35 |
| 8/1/2022 | 500 | ($4.46) | 9/22/2022 | 300 | $2.12 |
| 8/1/2022 | 500 | ($4.49) | 9/22/2022 | 320 | $2.26 |

| 8/1/2022 | 539 | ($4.45) | 9/22/2022 | 3,300 | $2.21 |
|---|---|---|---|---|---|
| 8/25/2022 | 100 | ($4.11) | 9/22/2022 | 3,490 | $2.25 |
| 8/25/2022 | 100 | ($4.15) | 9/22/2022 | 3,500 | $2.37 |
| 8/25/2022 | 1,000 | ($4.10) | 9/22/2022 | 4,334 | $2.11 |
| 8/25/2022 | 1,000 | ($4.11) | 9/22/2022 | 50 | $2.20 |
| 8/25/2022 | 200 | ($4.11) | 9/22/2022 | 500 | $2.21 |
| 8/25/2022 | 200 | ($4.12) | 9/22/2022 | 500 | $2.29 |
| 8/25/2022 | 200 | ($4.15) | 9/22/2022 | 5,000 | $2.21 |
| 8/25/2022 | 200 | ($4.15) | 9/22/2022 | 5,000 | $2.36 |
| 8/25/2022 | 2,000 | ($4.12) | 9/22/2022 | 5,000 | $2.40 |
| 8/25/2022 | 2,000 | ($4.12) | 9/22/2022 | 5,700 | $2.11 |
| 8/25/2022 | 25 | ($4.14) | 9/22/2022 | 700 | $2.27 |
| 8/25/2022 | 25 | ($4.14) | 9/22/2022 | 900 | $2.31 |
| 8/25/2022 | 300 | ($4.12) | 9/22/2022 | 500 | $2.18 |
| 8/25/2022 | 750 | ($4.14) | 9/22/2022 | 1,500 | $2.22 |
| 9/7/2022 | 200 | ($4.02) | 9/22/2022 | 94 | $2.22 |
| 9/9/2022 | 700 | ($4.02) | 9/22/2022 | 2,500 | $2.21 |
| 9/12/2022 | 200 | ($3.83) | 9/22/2022 | 2,500 | $2.16 |
| 9/14/2022 | 1,400 | ($3.88) | 9/22/2022 | 2,500 | $2.15 |
| 9/14/2022 | 250 | ($3.94) | 9/22/2022 | 1,500 | $2.19 |
| | | | 9/22/2022 | 799 | $2.20 |
| | | | 9/22/2022 | 1 | $2.15 |
| | | | 9/22/2022 | 300 | $2.13 |
| | | | 9/22/2022 | 400 | $2.11 |
| | | | 9/22/2022 | 2,500 | $2.19 |
| | | | 9/22/2022 | 115 | $2.12 |
| | | | 9/22/2022 | 1,885 | $2.11 |
| | | | 9/22/2022 | 5,000 | $2.11 |
| | | | 9/22/2022 | 400 | $2.11 |
| | | | 9/22/2022 | 4,600 | $2.11 |
| | | | 9/22/2022 | 5,000 | $2.11 |
| | | | 9/22/2022 | 1,000 | $2.19 |
| | | | 9/22/2022 | 1 | $2.12 |
| | | | 9/22/2022 | 1,999 | $2.11 |
| | | | 9/22/2022 | 200 | $2.13 |
| | | | 9/22/2022 | 1,800 | $2.11 |
| | | | 9/22/2022 | 2,500 | $2.11 |
| | | | 9/22/2022 | 2,500 | $2.11 |
| | | | 9/22/2022 | 1,000 | $2.19 |
| | | | 9/22/2022 | 1,000 | $2.11 |
| | | | 9/22/2022 | 2,500 | $2.19 |
| | | | 9/22/2022 | 2,500 | $2.11 |
| | | | 9/22/2022 | 2,500 | $2.11 |
| | | | 9/22/2022 | 2,500 | $2.11 |
| | | | 9/22/2022 | 1,000 | $2.11 |

| | 9/22/2022 | 2,000 | $2.11 |
| | 9/22/2022 | 30 | $2.15 |
| | 9/22/2022 | 1,120 | $2.13 |
| | 9/22/2022 | 204 | $2.12 |
| | 9/22/2022 | 100 | $2.12 |
| | 9/22/2022 | 1,280 | $2.11 |
| | 9/22/2022 | 2,000 | $2.17 |
| | 9/22/2022 | 100 | $2.11 |
| | 9/22/2022 | 1,400 | $2.11 |
| | 9/22/2022 | 600 | $2.20 |
| | 9/22/2022 | 300 | $2.11 |
| | 9/22/2022 | 600 | $2.11 |
| | 9/22/2022 | 2,000 | $2.19 |
| | 9/22/2022 | 424 | $2.12 |
| | 9/22/2022 | 272 | $2.11 |
| | 9/22/2022 | 2,304 | $2.11 |
| | 9/22/2022 | 1,000 | $2.19 |
| | 9/22/2022 | 1,000 | $2.11 |
| | 9/22/2022 | 100 | $2.12 |
| | 9/22/2022 | 900 | $2.11 |
| | 10/5/2020 | 300 | $4.82 |

*These trades were made after market hours

**These prices reflect settlement dates, not trade dates