# Exhibit 5

# Ransom, Gilbertson, Martin & Ratliff, LLP
## Attorneys at Law

Main Address:    5441 S. Macadam Avenue Suite 301
Portland, OR 97239
T: 503-226-3664
F: 503-243-6716

Pendleton Address:    17 SW Frazer Suite 381
Pendleton, OR 97801
T: 541-276-8128

Ransom, Gilbertson, Martin & Ratliff, LLP has been representing the legal interests of Oregonians for over 30 years in the state and federal courts.

· **Michael A. Gilbertson**

Education:    B.A. Political Science - 1985
University of Central Florida
Orlando, Florida

Juris Doctor - 1989 (Cum Laude)
Northwestern School of Law of Lewis & Clark College
Portland, Oregon

Legal Experience:

1989-1990 - Staff Attorney: U.S. District Court Judge James M. Burns
1991-1995 - Associate Attorney: Law Offices of Hollis Ransom
1995-Present - Partner Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP

· **R. Adian Martin**

Education:    B.A. Philosophy and History - 1990
M.A. Education - 1993
University of South Florida
Tampa, Florida

Juris Doctor - 1997
Northwestern School of Law of Lewis & Clark College
Portland, Oregon

LLM Human Rights - 2009
University of Amsterdam
Amsterdam, Netherlands

Legal Experience:

1997-2000 - Associate Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP
2000-Present - Partner Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP

## · Jeffrey S. Ratliff

Education:     B.A. Economics - 1985
Emory University
Atlanta, Georgia

Juris Doctor - 1989
Northwestern School of Law of Lewis & Clark College
Portland, Oregon

Legal Experience:

1989-2002 - Deputy District Attorney: Multnomah County, Oregon
2002-2004 - Special Assistant United States Attorney: District of Oregon
2004-Present - Partner Attorney: Ransom, Gilbertson, Martin & Ratliff, LLP