RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
5441 S. Macadam Ave, Suite 301
Portland, OR 97239
T: 503-226-3664
Email: rgmr1500@gmail.com

*[Proposed] Liaison Counsel for Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| LLOYD STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHMITT INDUSTRIES, INC., MICHAEL R. ZAPATA, PHILIP BOSCO, AND JAMIE SCHMIDT,<br><br>Defendants. | CASE No.: 3:22-CV-01533-YY<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT OF MOTION OF MOVANT SCOTT MUSTRIC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Jeffrey S. Ratliff, Declare

1.     I am an attorney duly licensed to practice in the State of Oregon and before this court. I am a partner at Ransom, Gilbertson, Martin & Ratliff, LLP, attorneys for Movant Scott Mustric ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 21D(a)(3)(B) of the Exchange Act. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.   Attached hereto is a true and correct copy of the following document:

Exhibit 1:        PSLRA Early Notice;

Exhibit 2:        Movant's PSLA Certification;

1

Exhibit 3:          Movant's loss chart;

Exhibit 4:          The firm resume of the Rosen Law Firm, P.A.; and

Exhibit 5:          The firm resume of Ransom, Gilbertson, Martin & Ratliff LLP

I declare under penalty of perjury under the laws of the State of Oregon and the United States of America that the foregoing is true and correct.

Executed this 12th day of December 2022.

RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP

By: _____

Jeffrey S. Ratliff

2