**Michael B. Merchant**, OSB No. 882680
mike.merchant@bhlaw.com
**Matthew D. Colley**, OSB No. 125084
matthew.colley@bhlaw.com
BLACK HELTERLINE LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148

*Liaison Counsel for Movants Jordan Ciezobka and*
*Zobka LLC and Proposed Liaison Counsel for the Class*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movants Jordan Ciezobka and Zobka LLC and*
*Proposed Lead Counsel for the Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| LLOYD STEINBERG, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>SCHMITT INDUSTRIES, INC., MICHAEL R. ZAPATA, PHILIP BOSCO, and JAMIE SCHMIDT,<br><br>              Defendants | Case No. 3:22-cv-01533-YY<br><br>**DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT OF THE MOTION OF JORDAN CIEZOBKA AND ZOBKA LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISON COUNSEL** |

Page 1 – DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT

I, Michael B. Merchant, hereby declare as follows:

1.      I am an attorney with the law firm Black Helterline LLP, counsel for Lead Plaintiff Movant Jordan Ciezobka and Zobka LLC ("Ciezobka and Zobka") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Motion of Jordan Ciezobka and Zobka LLC for Appointment as Lead Plaintiff and Approval of Lead and Liaison Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published October 11, 2022 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certifications of Ciezobka and Zobka;

Exhibit C:    Analysis of Ciezobka and Zobka's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING FACTS ARE TRUE AND CORRECT.**

DATED this 12th day of December 2022.

BLACK HELTERLINE LLP

By:_____s/Michael B. Merchant_____
            Michael B. Merchant
            OSB No. 882680
            (503) 224-5560

*Liaison Counsel for Movants Jordan Ciezobka
and Zobka LLC and Proposed Liaison Counsel
for the Class*

Page 2 – DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movants Jordan Ciezobka and Zobka LLC and Proposed Lead Counsel for the Class*

THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

Page 3 – DECLARATION OF MICHAEL B. MERCHANT IN SUPPORT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties in the record of the subject case via CM/ECF system transmission.

DATED this 12th day of December 2022.

BLACK HELTERLINE LLP

By: _____ s/Michael B. Merchant _____
      Michael B. Merchant
      OSB No. 882680
      (503) 224-5560

*Liaison Counsel for Movants Jordan Ciezobka and Zobka LLC and Proposed Liaison Counsel for the Class*

Page 1 – Certificate of Service

2243925