# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**SCHMITT INDUSTRIES, INC. SECURITIES LITIGATION**

I, Jordan Ciezobka, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Schmitt Industries, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Schmitt Industries, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

12/12/2022
_____
Date

_Jordan Ciezobka_
_____
Jordan Ciezobka

**Jordan Ciezobka's Transactions in Schmitt Industries, Inc. (SMIT)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/25/2022 | Bought | 5,000 | $4.1499 |
| 8/25/2022 | Bought | 600 | $4.1497 |
| 8/25/2022 | Bought | 2,400 | $4.1600 |
| 9/9/2022 | Bought | 1,000 | $3.9399 |
| 9/9/2022 | Bought | 1,000 | $3.9399 |
| 9/13/2022 | Bought | 1,000 | $3.9000 |

**SWORN CERTIFICATION OF PLAINTIFF**

**SCHMITT INDUSTRIES, INC. SECURITIES LITIGATION**

I, Jordan Ciezobka, as owner of the Zobka LLC (the "LLC") certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2.  I am duly authorized to institute legal action on the LLC's behalf against Schmitt Industries, Inc. and other defendants.

3.  I did not purchase the Schmitt Industries, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5.  My transactions in Schmitt Industries, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

6.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:


7.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.


I declare under penalty of perjury that the foregoing are true and correct statements.


12/12/2022
_____                    _____
            Date                                              Jordan Ciezobka

**Zobka LLC's Transactions in Schmitt Industries, Inc. (SMIT)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/9/2022 | Bought | 1,000 | $4.1799 |
| 8/9/2022 | Bought | 1,000 | $4.1799 |
| 8/9/2022 | Bought | 1,000 | $4.1799 |
| 8/9/2022 | Bought | 1,000 | $4.1800 |
| 8/12/2022 | Bought | 1,000 | $4.1400 |
| 8/12/2022 | Bought | 1,000 | $4.1099 |
| 8/12/2022 | Bought | 1,000 | $4.1099 |
| 8/18/2022 | Bought | 1,000 | $4.1499 |
| 8/18/2022 | Bought | 1,000 | $4.1499 |
| 8/18/2022 | Bought | 1,000 | $4.1499 |
| 8/25/2022 | Bought | 641 | $4.1299 |
| 8/25/2022 | Bought | 1,859 | $4.1499 |
| 9/9/2022 | Bought | 201 | $3.9400 |
| 9/9/2022 | Bought | 200 | $3.9300 |
| 9/9/2022 | Bought | 60 | $3.9500 |
| 9/9/2022 | Bought | 893 | $3.9499 |
| 9/9/2022 | Bought | 1,146 | $4.0499 |
| 9/9/2022 | Bought | 700 | $4.0400 |
| 9/9/2022 | Bought | 300 | $4.0000 |
| 9/14/2022 | Bought | 1,000 | $3.8699 |
| 9/14/2022 | Bought | 800 | $3.7499 |
| 9/14/2022 | Bought | 200 | $3.7400 |
| 9/14/2022 | Bought | 250 | $3.7499 |
| 9/14/2022 | Bought | 1,750 | $3.8599 |
| 9/14/2022 | Bought | 500 | $3.8800 |
| 9/14/2022 | Bought | 1,409 | $3.9000 |
| 9/14/2022 | Bought | 335 | $3.8999 |
| 9/14/2022 | Bought | 256 | $3.8990 |
| 9/14/2022 | Bought | 2,500 | $3.9199 |
| 9/14/2022 | Bought | 694 | $3.9199 |
| 9/14/2022 | Bought | 215 | $3.9100 |
| 9/14/2022 | Bought | 91 | $3.9500 |
| 9/15/2022 | Bought | 1,000 | $3.8500 |
| 9/15/2022 | Bought | 2,000 | $3.8299 |
| 9/15/2022 | Bought | 1,000 | $3.8299 |