# EXHIBIT C

## Financial Interest Analysis

**Company Name:**    Schmitt Industries, Inc.
**Ticker:**    SMIT
**Class Period:**    September 1, 2020 to September 20, 2022

**Name:**    Jordan Ciezobka

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/25/2022 | 5,000 | $4.1499 | -$20,749.5000 | | $0.0000 | -$20,749.50 |
| 8/25/2022 | 600 | $4.1497 | -$2,489.8200 | | $0.0000 | -$2,489.82 |
| 8/25/2022 | 2,400 | $4.1600 | -$9,984.0000 | | $0.0000 | -$9,984.00 |
| 9/9/2022 | 1,000 | $3.9399 | -$3,939.9000 | | $0.0000 | -$3,939.90 |
| 9/9/2022 | 1,000 | $3.9399 | -$3,939.9000 | | $0.0000 | -$3,939.90 |
| 9/13/2022 | 1,000 | $3.9000 | -$3,900.0000 | | $0.0000 | -$3,900.00 |
| 9/22/2022 | -6,000 | | $0.0000 | $2.7000 | $16,200.0000 | $16,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,000** | | | | **Subtotal:** | **-$28,803.12** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$7,188.80** |
| | | | $1.4378 | 5,000 | **Total:** | **-$21,614.32** |

**Name:**    Zobka LLC

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/9/2022 | 1,000 | $4.1799 | -$4,179.9000 | | $0.0000 | -$4,179.90 |
| 8/9/2022 | 1,000 | $4.1799 | -$4,179.9000 | | $0.0000 | -$4,179.90 |
| 8/9/2022 | 1,000 | $4.1799 | -$4,179.9000 | | $0.0000 | -$4,179.90 |
| 8/9/2022 | 1,000 | $4.1800 | -$4,180.0000 | | $0.0000 | -$4,180.00 |
| 8/12/2022 | 1,000 | $4.1400 | -$4,140.0000 | | $0.0000 | -$4,140.00 |
| 8/12/2022 | 1,000 | $4.1099 | -$4,109.9000 | | $0.0000 | -$4,109.90 |
| 8/12/2022 | 1,000 | $4.1099 | -$4,109.9000 | | $0.0000 | -$4,109.90 |
| 8/18/2022 | 1,000 | $4.1499 | -$4,149.9000 | | $0.0000 | -$4,149.90 |
| 8/18/2022 | 1,000 | $4.1499 | -$4,149.9000 | | $0.0000 | -$4,149.90 |
| 8/18/2022 | 1,000 | $4.1499 | -$4,149.9000 | | $0.0000 | -$4,149.90 |
| 8/25/2022 | 641 | $4.1299 | -$2,647.2659 | | $0.0000 | -$2,647.27 |
| 8/25/2022 | 1,859 | $4.1499 | -$7,714.6641 | | $0.0000 | -$7,714.66 |
| 9/9/2022 | 201 | $3.9400 | -$791.9400 | | $0.0000 | -$791.94 |
| 9/9/2022 | 200 | $3.9300 | -$786.0000 | | $0.0000 | -$786.00 |
| 9/9/2022 | 60 | $3.9500 | -$237.0000 | | $0.0000 | -$237.00 |
| 9/9/2022 | 893 | $3.9499 | -$3,527.2607 | | $0.0000 | -$3,527.26 |
| 9/9/2022 | 1,146 | $4.0499 | -$4,641.1854 | | $0.0000 | -$4,641.19 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/9/2022 | 700 | $4.0400 | -$2,828.0000 | | $0.0000 | -$2,828.00 |
| 9/9/2022 | 300 | $4.0000 | -$1,200.0000 | | $0.0000 | -$1,200.00 |
| 9/14/2022 | 1,000 | $3.8699 | -$3,869.9000 | | $0.0000 | -$3,869.90 |
| 9/14/2022 | 800 | $3.7499 | -$2,999.9200 | | $0.0000 | -$2,999.92 |
| 9/14/2022 | 200 | $3.7400 | -$748.0000 | | $0.0000 | -$748.00 |
| 9/14/2022 | 250 | $3.7499 | -$937.4750 | | $0.0000 | -$937.48 |
| 9/14/2022 | 1,750 | $3.8599 | -$6,754.8250 | | $0.0000 | -$6,754.83 |
| 9/14/2022 | 500 | $3.8800 | -$1,940.0000 | | $0.0000 | -$1,940.00 |
| 9/14/2022 | 1,409 | $3.9000 | -$5,495.1000 | | $0.0000 | -$5,495.10 |
| 9/14/2022 | 335 | $3.8999 | -$1,306.4665 | | $0.0000 | -$1,306.47 |
| 9/14/2022 | 256 | $3.8990 | -$998.1440 | | $0.0000 | -$998.14 |
| 9/14/2022 | 2,500 | $3.9199 | -$9,799.7500 | | $0.0000 | -$9,799.75 |
| 9/14/2022 | 694 | $3.9199 | -$2,720.4106 | | $0.0000 | -$2,720.41 |
| 9/14/2022 | 215 | $3.9100 | -$840.6500 | | $0.0000 | -$840.65 |
| 9/14/2022 | 91 | $3.9500 | -$359.4500 | | $0.0000 | -$359.45 |
| 9/15/2022 | 1,000 | $3.8500 | -$3,850.0000 | | $0.0000 | -$3,850.00 |
| 9/15/2022 | 2,000 | $3.8299 | -$7,659.8000 | | $0.0000 | -$7,659.80 |
| 9/15/2022 | 1,000 | $3.8299 | -$3,829.9000 | | $0.0000 | -$3,829.90 |
| 9/22/2022 | -3,000 | | $0.0000 | $2.7700 | $8,310.0000 | $8,310.00 |
| 9/22/2022 | -7,000 | | $0.0000 | $2.7500 | $19,250.0000 | $19,250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **20,000** | | | | **Subtotal:** | **-$92,452.31** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$28,755.21** |
| | | | $1.4378 | 20,000 | **Total:** | **-$63,697.10** |

| | |
|---|---|
| **Combined Total:** | **-$85,311.42** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between September 21, 2022 and December 12, 2022.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.