# Exhibit 5

Case 3:22-cv-01533-YY   Document 36-5   Filed 08/10/23   Page 2 of 5

10-K 1 e619900_10k-sii.htm

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

(Mark One)

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Fiscal year ended: May 31, 2020**

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____ to _____**

**Commission File Number: 001-38964**

# SCHMITT INDUSTRIES, INC.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Oregon** | **93-1151989** |
| **(State or other jurisdiction of incorporation or organization)** | **(IRS Employer Identification Number)** |

**2765 N.W. Nicolai Street**
**Portland, Oregon 97210**
**(Address of principal executive offices) (Zip Code)**

**(503) 227-7908**
**(Registrant's telephone number, including area code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock – no par value** **Series A Junior Participating Preferred Stock Purchase Rights** | **SMIT** | **NASDAQ Capital Market** |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark whether the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark whether the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its Corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (check one):

Large accelerated filer ☐        Accelerated filer ☐        Non-accelerated filer ☐
Smaller reporting company ☒      Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of the last day of the second Fiscal quarter of 2020, the aggregate market value of registrant's common stock held by non-affiliates of the registrant was approximately $8,802,684 based upon the closing price of $3.66 reported for such date on the NASDAQ Capital Market. As of July 31, 2020, the registrant had 3,712,927 outstanding shares of Common Stock.

### Documents Incorporated by Reference

Portions of the registrant's definitive Proxy Statement for its 2020 Annual Meeting of Shareholders are incorporated by reference into Part III hereof.

8/10/23, 1:12 PM
Case 3:22-cv-01533-YY    Document 36-5    Filed 08/10/23    Page 4 of 5
sec.gov/Archives/edgar/data/922612/000119380520001098/e619900_10k-sii.htm

Table of Contents

Revenue by product line for the Measurement segment for Fiscal 2020 compared to Fiscal 2019 were as follows:

| | Fiscal year ended, May 31, | | Year over Year Change | |
| | 2020 | 2019 | $ | % |
|---|---|---|---|---|
| Acuity | $ 1,673,121 | $ 2,128,136 | $ (455,015) | -21.4% |
| Xact - Product | 825,114 | 1,203,893 | (378,779) | -31.5% |
| Xact - Monitoring | 1,524,210 | 1,367,329 | 156,881 | 11.5% |
| Other | 167,479 | 30,084 | 137,395 | 456.7% |
| Total Measurement Segment Revenue | $ 4,189,924 | $ 4,729,442 | $ (539,518) | -11.4% |

*Gross margin* – In Fiscal 2020, gross margin increased to 46.6% from 37.4% in Fiscal 2019. The increase was due to a product mix shift towards higher-margin Xact monitoring revenue as a result of the growth of the monitoring revenue and the decline in sales of XACT and Acuity products. The Company also generated $167,479 in revenue from its discontinued product line which had no associated cost of sales.

Further impacting the gross margin were inventory adjustments that decreased from $(213,253) in Fiscal Year 2019 as compared to $(76,099) in Fiscal Year 2020. These inventory adjustments were the outcome of management's requirement to complete an in-depth review of the inventory, with standards of the review focused on more current turnover. These adjustments are direct charges to cost of sales and resulted in a reduction of gross margin from 41.9%, before adjustment, to 37.4% for Fiscal 2019. The remainder of the year over year change in gross margin was primarily influenced by focused efforts to reduce product costs and targeted efforts to increase prices where possible.

*Operating expenses* – Operating expenses increased $893,140, or 27.6% to $4,130,470 in Fiscal 2020 compared to $3,237,330 in Fiscal 2019. Items that impacted operating expenses in Fiscal 2020 include:

- Increase in professional fees of $318,934, or 28.6%, to $1,435,035 in Fiscal 2020 as compared to $1,116,101 in 2019. The increase was due in part to $842,162 in turnaround and restructuring costs related to the sale of the SBS business and business planning initiatives in Fiscal 2020 as compared to $752,481 in Fiscal 2019 for reorganization and turnaround costs.

- Decrease in commission expense in the amount of $108,192, or 35.9%, to $193,231 in Fiscal 2020 as compared to $301,423 in Fiscal 2019 due to the restructuring of the Company's sales commissions programs and a decrease in revenue.

- Increase in stock compensation expense of $259,426, or 274.2%. The majority of the stock compensation was due to issuance and vesting of performance based Restricted Stock Units.

- Accrued taxes at year end were $265,349 as of Fiscal Year end May 31, 2020 as compared to $0 as of Fiscal Year end 2019. The increase is related to a tax accrual booked to reserve for estimated tax liabilities.

- Increase in bad debt expense in the amount of $64,106, or 383.6%, to $80,818 in Fiscal 2020 as compared to $16,712 in Fiscal 2019. The increase is primarily due to a change in reserve policy, where the company now reserves for 100% of customer balances over 90 days. The slow payment of customers is also related to the impacts of COVID-19.

*Other income (expense)* – Other income (expense) consists of rent income, interest income and expense, foreign currency exchange gain (loss) and other income (expense). Rental income for Fiscal 2020 increased $187,664, due to rent collected under the lease executed with Tosei Engineering in November of 2019.

Interest income was $67,129 for the year ended May 31, 2020 as compared to $24,221 in 2019. Interest income was offset by interest expense of $2,435 and $12,160 for the Fiscal Years ended May 31, 2020 and 2019, respectively. Fluctuations in interest income are impacted by the levels of our average cash and investment balances and changes in interest rates.

The foreign currency exchange gain and loss fluctuates with the strength of foreign currencies against the U.S. dollar during the respective periods. Foreign currency exchange gain was $3,700 for the year ended May 31, 2020 as compared to a loss of $3,186 for Fiscal 2019.

*Adjusted EBITDA* – Adjusted EBITDA, which excludes certain reorganization, legal and other professional expense and inventory adjustments, was $(573,502) for Fiscal 2020 as compared to Adjusted EBITDA of ($226,078) in 2019.

Page 16

**Table of Contents**

We anticipate that these plans will be fully implemented and tested during 2021 such that our internal control deficiency will be remediated in that timeframe.

This annual report does not include an attestation report of the Company's registered public accounting firm regarding internal control over financial reporting. Management's report was not subject to attestation by the Company's registered public accounting firm pursuant to SEC rules adopted in conformity with the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010.

*Changes in Internal Control over Financial Reporting*

There were no changes in our internal control over financial reporting (as defined in Exchange Rules 13a-15(f) and 15d-15(f)) that occurred during the quarter ended May 31, 2020 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**ITEM 9B.    OTHER INFORMATION**

Certain information required by Part III is included in the Company's definitive Proxy Statement for its 2020 Annual Meeting of Shareholders ("Proxy Statement") and is incorporated herein by reference. The Proxy Statement will be filed pursuant to Regulation 14A of the Securities Exchange Act of 1934 not later than 120 days after the end of the fiscal year covered by this Report.

**ITEM 10.    DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**

The information required by this item is included in the Company's Proxy Statement relating to the 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**ITEM 11.    EXECUTIVE COMPENSATION**

The information required by this item is included in the Company's Proxy Statement relating to the 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**ITEM 12.    SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS**

The information required by this item is included in the Company's Proxy Statement relating to the 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**ITEM 13.    CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS AND DIRECTOR INDEPENDENCE**

The information required by this item is included in the Company's Proxy Statement relating to the 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**ITEM 14.    PRINCIPAL ACCOUNTING FEES AND SERVICES**

The information required by this item is included in the Company's Proxy Statement relating to the 2020 Annual Meeting of Shareholders and is incorporated herein by reference.