# Exhibit 6

EX-2.1 2 ex21to8k12252001_07152020.htm

Exhibit 2.1

## ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT ("Agreement") is made as of June 29, 2020, by and among AMPLE HILLS ACQUISITION, LLC, a New York limited liability company ("Buyer"), and AMPLE HILLS HOLDINGS, INC., a Delaware corporation ("Company"), AMPLE HILLS CREAMERY, INC., a New York corporation ("AHC"), AMPLE HILLS SUBSIDIARIES, listed on Schedule 1 (each a "Seller" and collectively, "Sellers"). Sellers and Buyer are referred to herein individually as a "Party" and collectively as the "Parties."

### R E C I T A L S

WHEREAS, each Seller is a debtor-in-possession under title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), through a filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on March 15, 2020 in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court");

WHEREAS, Company and its Subsidiaries manufacture and distribute ice cream and operate ice cream shops, with a retail presence in Ample Hills ice cream shops across New York, New Jersey, California and Florida. Company also maintains a wholesale business, providing for sales and distribution through grocery chains and specialty retailers, primarily in New York, New Jersey, Connecticut, Massachusetts and California, and sells ice cream products nationwide via its website (collectively, the "Business");

WHEREAS, the Business operates through Company and 14 separately controlled entities, as specified on Schedule 1 (the "Subsidiaries"), each owned 99% by Company, and 1% by a separate entity owned solely by Company's Chief Executive Officer;

WHEREAS, Sellers desire to sell to Buyer, and Buyer desires to acquire from Sellers, the Acquired Assets, on the terms and subject to the conditions set forth herein and in accordance with Sections 105, 363 and 365 and other applicable provisions of title 11 of the Bankruptcy Code;

WHEREAS, Sellers have filed a motion, including all supporting pages (together, the "Sale Motion"), in Sellers' Chapter 11 Case requesting that the Bankruptcy Court (x) schedule the hearing for approving the Bidding Procedures, (y) enter the Bidding Procedures Order and (z) enter the Sale Order at the final hearing on the Sale Motion; to implement the transactions contemplated hereby upon the terms and subject to the conditions set forth herein; and

WHEREAS, the Bankruptcy Court has entered the Bidding Procedures Order.

NOW, THEREFORE, in consideration of the premises and the mutual agreements and undertakings hereinafter set forth, the parties hereto do hereby agree as follows:

Case 3:22-cv-01533-AYY Document 36-6 Filed 08/10/23 Page 3 of 3

4.6     Condition of the Business. Notwithstanding anything contained in this Agreement to the contrary, Buyer acknowledges and agrees that none of Sellers is making any representations or warranties whatsoever, express or implied, beyond those expressly set forth in Article 3 (as amended, supplemented and modified by the Disclosure Schedule). Any claims Buyer or any of its Affiliates may have for breach of representation or warranty shall be based solely on the representations and warranties set forth in Article 3 (as amended, supplemented, and modified by the Disclosure Schedule). Buyer represents that it is a sophisticated entity that was advised by knowledgeable counsel and financial and other advisors and hereby acknowledges that it has conducted to its satisfaction, its own independent investigation and analysis of the Business (including its financial condition), the Acquired Assets, and the Assumed Liabilities in making the determination to proceed with the transactions contemplated by this Agreement.

4.7     Adequate Assurances Regarding Executory Contracts. Buyer as of the Closing will be capable of satisfying the conditions contained in Sections 365(b)(1)(C) and 365(f) of the Bankruptcy Code with respect to the Assumed Contracts.

4.8     Good Faith Purchaser. Buyer is a "good faith" purchaser, as such term is used in the Bankruptcy Code and the court decisions thereunder. Buyer is entitled to the protections of Section 363(m) of the Bankruptcy Code with respect to all of the Acquired Assets. Buyer has negotiated and entered into this Agreement in good faith and without collusion or fraud of any kind.

ARTICLE 5.

PRE-CLOSING COVENANTS

5.1     Access and Investigation; Conduct of the Business.

(a)     Between the date of this Agreement and the Closing Date, Sellers covenant that they shall, promptly upon request from Buyer: (a) afford Buyer and its Representatives (collectively, "Buyer Group") reasonable access, during reasonable times, to Company's personnel, all of the Acquired Assets, including fixed assets, the Contracts, Governmental Authorizations, books and records and other documents and data relating to the Business, which shall not include agreements or information regarding Competing Transactions; (b) provide full access to all of the Leased Real Property to Buyer Group; (c) furnish Buyer Group with copies of all Contracts, Governmental Authorizations, books and records and other existing documents and data relating to the Acquired Assets and the Business; (d) introduce Buyer Group to representatives of the Contract parties; provided, however, that, until entry of a Sale Order designating Buyer as the successful bidder for the Acquired Assets, no such introductions shall be required to be made by Company; (e) furnish Buyer Group with such additional financial, operating and other relevant data and information relating to the Business and the Acquired Assets, including but not limited to all contracts and invoices from the requested period through the Closing Date; and (f) otherwise cooperate and assist with Buyer's investigation of the properties, assets and financial condition related to the Business and the Acquired Assets. In addition, Buyer shall have the right to have any Acquired Assets, including Leased Real Property inspected, at Buyer's sole cost and expense, for purposes of determining the physical condition and legal characteristics thereof.