# Exhibit 7

10-Q 1 e620015_10q-sii.htm

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# Form 10-Q

☒ Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the quarterly period ended August 31, 2020**

☐ Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission file number: 000-23996

# SCHMITT INDUSTRIES, INC.

| **Oregon** | **93-1151989** |
|:---:|:---:|
| (State or Other Jurisdiction of Incorporation or Organization) | (IRS Employer Identification Number) |

**2765 N.W. Nicolai Street**
**Portland, Oregon 97210**
(Address of Principal Executive Offices) (Zip Code)

**(503) 227-7908**
(Registrant's Telephone Number, Including Area Code)

**Securities registered under Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock – no par value | SMIT | NASDAQ Capital Market |
| Series A Junior Participating Preferred Stock Purchase Rights | | |

**Securities registered under Section 12(g) of the Act:**

**None**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (check one):

| | | | |
|---|:---:|---|:---:|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |

Emerging growth company                    ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The number of shares of each class of common stock outstanding as of October 30, 2020

| | |
|---|---|
| Common stock, no par value | 3,758,484 |

**Table of Contents**

**Revenue Recognition**

The Company generates revenues from the following sources: (i) retail restaurant sales, (ii) wholesale sales, (iii) measurement product sales, and (iv) remote tank monitoring services.

*Retail Restaurant Sales, net*

The Company's generates revenues from retail restaurant sales to its end-user customers at the time of sale, net of discounts, coupons, employee meals, and complimentary meals and gift cards. Sales tax is collected from customers and remitted to governmental authorities and are presented on a net basis within revenue in our consolidated and combined statements of operations.

*Wholesale Sales, net*

The Company generates revenues from wholesale sales from its Brooklyn, NY factory to third parties for resale. These revenues are recognized when control of the goods is transferred to the customer, in accordance with the terms of the applicable agreement. Payment terms are typically 30 days from the date control over the product is transferred to the customer.

*Measurement Product Sales*

The Company determines the amount of revenue it recognizes associated with the transfer of each product. For sales of products to all customers, each transaction is evaluated to determine whether there is approval and commitment from both the Company and the customer for the transaction; whether the rights of each party are specifically identified; whether the transaction has commercial substance; whether collectability from the customer is probable at the inception of the contract and whether the transaction amount is defined. If a transaction to sell products meets all of the above criteria, revenue is recognized for the sales of product at the time of shipment.

The Company incurs commissions associated with the sales of certain products, which are accrued and expensed at the time the product is shipped. These amounts are recorded within general, administration and sales expense. The Company also incurs costs related to shipping and handling of its products, the costs of which are expensed as incurred as a component of cost of sales. Shipping and handling fees billed to customers, which are recognized at the time of shipment as a component of net revenues, were $4,984 and $37,228 for the three months ended August 31, 2020 and August 31, 2019, respectively.

*Remote Tank Monitoring Services*

The Company's Xact product line includes satellite focused remote tank monitoring products and related monitoring services for markets in the Internet of Things ("IoT") environment.

The Company determines the amount of revenue it recognizes associated with the transfer of such services. For delivery of monitoring services to all customers, each transaction is evaluated to determine whether there is approval and commitment from both the Company and the customer for the transaction; whether the rights of each party are specifically identified; whether the transaction has commercial substance; whether collectability from the customer is probable at the inception of the contract and whether the transaction amount is defined. If a transaction to provide monitoring services meets all of the above criteria, revenue is recognized at the completion of the month in which monitoring services are provided.

Table of Contents

The following is a composition of the line items constituting income from discontinued operations:

| | Three Months Ended, | |
| --- | --- | --- |
| | August 31, 2020 | August 31, 2019 |
| Net revenue | $ — | $ 2,247,107 |
| Cost of revenue | — | 1,164,125 |
| Gross profit | — | 1,082,982 |
| Operating expenses: | | |
| General, administration and sales | — | 586,857 |
| Research and development | — | 9,081 |
| Total operating expenses | — | 595,938 |
| Operating income | — | 487,044 |
| Other income (expense), net | — | (75,731) |
| Income before taxes | — | 411,313 |
| Provision for income taxes | — | 35,351 |
| Net income from discontinued operations | $ — | $ 375,962 |

**NOTE 9:**
**SEGMENT INFORMATION**

As described in Note 1 and Note 10, the Company closed on the acquisition of Ample Hills during the three months ended August 31, 2020. With the acquisition of Ample Hills, the Company has two reportable business segments, Ice Cream and Measurement. The Ice Cream Segment encompasses the activities of Ample Hills and focuses on the wholesale and retail sale of the Company's ice cream products from 10 separate retail locations in New York, New Jersey and California. The Measurement Segment focuses on laser-based test and measurement systems and ultrasonic products. Substantially all of the Company's operations are conducted within North America.

The Company has previously reported segment information between their two identified legacy reportable segments: Balancer and Measurement. As described in Note 8, the Company sold the Dynamic Balance Systems ("SBS") business line on November 22, 2020. This entity composed substantially all of the business activities of the Company's legacy Balancer segment. Subsequent to this sale, management determined that the Company had a single reportable segment (until the aforementioned acquisition of Ample Hills closed during the quarter ended August 31, 2020). The foregoing information presents the balances and activities of only the Measurement segment as of and for the three months ended August 31, 2019.

*Segment Information*

| | Three Months Ended August 31, | | | |
| --- | --- | --- | --- | --- |
| | 2020 | | 2019 | |
| | Ice Cream* | Measurement | Ice Cream | Measurement |
| Net revenue | $ 501,420 | $ 1,006,065 | $ — | $ 1,094,778 |
| Operating loss | $ (962,754) | $ (658,938) | $ — | $ (229,883) |
| Depreciation expense | $ 35,326 | $ 20,908 | $ — | $ 15,908 |
| Amortization expense | $ 163,102 | $ 26,145 | $ — | $ 26,146 |
| Capital expenditures | $ 120,663 | $ 12,640 | $ — | $ — |

(*) Ice Cream Segment activity includes activities from the date of acquisition (July 9, 2020) through August 31, 2020

*Segment Assets*

| | August 31, 2020 | May 31, 2020 |
| --- | --- | --- |
| Segment assets to total assets | | |
| Ice Cream | $ 17,611,627 | $ — |
| Measurement | 2,046,250 | 2,251,090 |
| Corporate assets | 7,617,784 | 10,950,136 |
| Total assets | $ 27,275,661 | $ 13,201,226 |

17