# Exhibit 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**Form 10-Q/A**
**Amendment No. 1**

☒ Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the quarterly period ended August 31, 2021**

☐ Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission file number: 001-38964

# SCHMITT INDUSTRIES, INC.

| **Oregon** | **93-1151989** |
|:---:|:---:|
| (State or Other Jurisdiction of | (IRS Employer |
| Incorporation or Organization) | Identification Number) |

**2765 N.W. Nicolai Street**
**Portland, Oregon 97210**
(Address of Principal Executive Offices) (Zip Code)

**(503) 227-7908**
(Registrant's Telephone Number, Including Area Code)

**Securities registered under Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock - no par value | SMIT | NASDAQ Capital Market |

**Securities registered under Section 12(g) of the Act:**

**None**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (check one):

| | | | |
|---|:---:|---|:---:|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

The number of shares of each class of common stock outstanding as of September 30, 2021

| Common stock, no par value – outstanding | 3,800,479 |
|---|---|

**Statement of Operations**

| | For the three months ended August 31, 2021 | | | Reference |
|---|---|---|---|---|
| | As previously Reported | Adjustment | As Restated | |
| Net sales | $ 3,759,175 | $ — | $ 3,759,175 | |
| Cost of revenue | 1,349,975 | 119,175 | 1,469,150 | A |
| Gross profit | 2,409,200 | (119,175) | 2,290,025 | A |
| Operating expenses | | | | |
| Selling, general and administrative | 4,130,686 | 519,866 | 4,650,552 | A |
| Research & development | 9,265 | — | 9,265 | |
| Total operating expenses | 4,139,951 | 519,866 | 4,659,817 | A |
| Operating loss | (1,730,751) | (639,041) | (2,369,792) | A |
| Forgiveness of PPP loans | 588,534 | — | 588,534 | |
| Interest expense | (11,276) | — | (11,276) | |
| Other income, net | 112,029 | 72,127 | 184,156 | B |
| Loss before income taxes | (1,041,464) | (566,914) | (1,608,378) | A, B |
| Income tax provision | 3,575 | 5,850 | 9,425 | A |
| Net loss | $ (1,045,039) | $ (572,764) | $ (1,617,803) | A, B |
| Net loss | (1,045,039) | (572,764) | (1,617,803) | A, B |
| Net loss per common share | | | | |
| Basic | $ (0.28) | $ (0.15) | $ (0.43) | A, B |
| Weighted average number of common shares, basic | 3,780,439 | — | 3,780,439 | |
| Diluted | $ (0.28) | $ (0.15) | $ (0.43) | A, B |
| Weighted average number of common shares, diluted | 3,780,439 | — | 3,780,439 | |

**Statement of Cash Flows**

| | For the three months ended August 31, 2021 | | | Reference |
|---|---|---|---|---|
| | As previously Reported | Adjustment | As Restated | |
| **Cash flows relating to operating activities** | | | | |
| Net loss | $ (1,045,039) | $ (572,764) | $ (1,617,803) | A, B |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | |
| Forgiveness of PPP Loan | (588,534) | — | (588,534) | |
| Depreciation and amortization | 149,478 | — | 149,478 | |
| Stock-based compensation | 26,927 | — | 26,927 | |
| Non-cash lease costs | 90,018 | — | 90,018 | |
| (Increase) decrease in: | | | | |
| Accounts receivable, net | 173,224 | — | 173,224 | |
| Inventories, net | (270,027) | (6,024) | (276,051) | A |
| Prepaid expenses | (5,280) | — | (5,280) | |
| Other current assets | (264,476) | — | (264,476) | |
| Rent, Utility Deposits, & ERP Deposits | (82,138) | (64,835) | (146,973) | A, B |
| Increase (decrease) in: | | | | |
| Accounts payable | 20,469 | (3,745) | 16,724 | A |
| Accrued liabilities and customer deposits | 334,108 | 646,463 | 980,571 | A |
| Income taxes payable | 14,381 | 2,573 | 16,954 | A |
| Net cash used in operating activities | $ (1,446,889) | $ 1,668 | $ (1,445,221) | A, B |
| **Cash flows relating to investing activities** | | | | |
| Purchases of property and equipment | (124,634) | (1,668) | (126,302) | A |
| Net cash used in investing activities | $ (124,634) | $ (1,668) | $ (126,302) | A |
| **Cash flows relating to financing activities** | | | | |

| | | | | | |
|---|---|---:|---|---:|---:|
| Proceeds from Paycheck Protection Program | | 264,476 | | — | 264,476 |
| Net cash provided by financing activities | $ | 264,476 | $ | — | $ 264,476 |
| Decrease in cash and cash equivalents | | (1,307,047) | | — | (1,307,047) |
| Cash and cash equivalents, beginning of period | | 4,032,690 | | — | 4,032,690 |
| Cash and cash equivalents, end of period | | 2,725,643 | | — | 2,725,643 |
| Supplemental disclosure of cash flow information | | | | | |
| Cash paid during the period for income taxes | | 10,806 | | — | 10,806 |
| Cash paid during the period for interest | | — | | — | — |

16