# Exhibit 11

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**Form 10-Q/A**
**Amendment No.1**

☒ Quarterly Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the quarterly period ended February 28, 2022**

☐ Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the transition period from _____ to _____

Commission file number: 001-38964

# <u>SCHMITT INDUSTRIES, INC.</u>

(Exact Name of Registrant as Specified in Its Charter)

| **Oregon** | **93-1151989** |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (IRS Employer Identification Number) |

**2765 N.W. Nicolai Street**
**Portland, Oregon 97210**
(Address of Principal Executive Offices) (Zip Code)

**(503) 227-7908**
(Registrant's Telephone Number, Including Area Code)

**Securities registered under Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock - no par value | SMIT | NASDAQ Capital Market |

**Securities registered under Section 12(g) of the Act:**

**None**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The number of shares of outstanding common stock outstanding as of March 31, 2022:

Common Stock, no par value – outstanding                                                                3,822,683

| Statement of Operations | For the three months ended February 28, 2022 | | | | | | |
|---|---|---|---|---|---|---|---|
| | As previously reported | | Total Adjustments | | As Restated | | Reference |
| Net sales | $ | 1,848,913 | $ | — | $ | 1,848,913 | |
| Cost of revenue | | 912,076 | | 117,145 | | 1,029,221 | A |
| Gross profit | | 936,837 | | (117,145) | | 819,692 | A |
| Selling, general and administrative | | 3,312,388 | | 40,441 | | 3,352,829 | A |
| Research and development | | 10,771 | | 2,500 | | 13,271 | A |
| Total operating expenses | | 3,323,159 | | 42,941 | | 3,366,100 | A |
| Operating loss | | (2,386,322) | | (160,086) | | (2,546,408) | A |
| Forgiveness of PPP loans | | 1,471,292 | | — | | 1,471,292 | |
| Interest expense | | (8,232) | | — | | (8,232) | |
| Other income, net | | 38,286 | | — | | 38,286 | A |
| Loss before income taxes | | (884,976) | | (160,086) | | (1,045,062) | A |
| Income tax provision from continuing operations | | 8,268 | | — | | 8,268 | |
| Net loss | $ | (893,244) | $ | (160,086) | $ | (1,053,330) | A |
| Net loss per common share: | | | | | | | |
| Basic | $ | (0.24) | $ | (0.04) | $ | (0.28) | A |
| Weighted average number of common shares, basic | | 3,788,315 | | — | | 3,788,315 | |
| Diluted | $ | (0.24) | $ | (0.04) | $ | (0.28) | A |
| Weighted average number of common shares, diluted | | 3,788,315 | | — | | 3,788,315 | |

11