# Exhibit 12

# SCHMITT INDUSTRIES ANNOUNCES AMPLE HILLS FURLOUGH

NEWS PROVIDED BY
**Schmitt Industries, Inc.** →
19 Dec, 2022, 10:14 ET

PORTLAND, Ore., Dec. 19, 2022 /PRNewswire/ -- Schmitt Industries, Inc. (NASDAQ: SMIT) today announced that Ample Hills Creamery will be shutting down operations for at least a week, effective immediately. This action is required while the company seeks the additional investment capital required for it to continue operations. There is no assurance that additional capital will be obtained and if the company cannot raise sufficient capital, it will be required to shut down operations indefinitely.

"We have an incredibly talented and hardworking team, which makes this furlough extremely difficult. We have explored many options and paths to rase the needed capital without having to take this step, but unfortunately, we have reached a point where this is our only option," commented Michael Zapata, CEO and Chairman. "We are actively talking with potential investors and partners and open to discussions with other interested parties to prevent a full shut down.

**About Schmitt Industries**

Schmitt is a holding company owning subsidiaries engaged in diverse business activities. Schmitt's operating businesses include Schmitt Measurement Systems providing remote tank level monitoring solutions, and precision measurement solutions, and Ample Hills Creamery, a beloved ice cream manufacturer and retailer based in Brooklyn, NY.

For more information contact: Michael Zapata, Chairman and CEO (503) 227-7908 or visit www.schmittindustries.com

SOURCE Schmitt Industries, Inc.



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

**Submit**

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.