# Exhibit 15



SALLE DE PRESSE    LES SERVICES ⌄    CONTACTEZ-NOUS    ENGLISH    CONNEXION

 

**S'INSCRIRE**



# Schmitt Industries Announces CFO Resignation

26 août 2019 16h23 HE| Source: **Schmitt Industries, Inc.**    Suivre

**Share**









PORTLAND, Ore., Aug. 26, 2019 (GLOBE NEWSWIRE) -- Schmitt Industries, Inc. (NASDAQ: SMIT) (the "Company" or "Schmitt") announced today that Ann M. Ferguson submitted her letter of resignation as Chief Financial Officer of the Company, effective November 30, 2019. Ms. Ferguson's resignation was not the result of any disagreements with the Company on any matters relating to its operations, policies or practices.

"On behalf of the Board, I'd like to thank Ann for her commitment to Schmitt these past six years and wish her the best in her future endeavors," commented Michael R. Zapata, Chief Executive Officer and President of Schmitt. "We look forward to a smooth transition over the coming months and will announce a replacement as soon as one has been hired."

**About Schmitt Industries**

Schmitt Industries, Inc. ("Schmitt" or the "Company") designs, manufactures and sells high precision test and measurement products, solutions and services through our SBS®, Acuity® and Xact® product lines, which are reported in two business segments. In the Balancer segment, our SBS product line provides computer-controlled vibration detection, balancing and process control systems for the worldwide machine tool industry. In the Measurement segment, our Acuity line provides laser and white light sensor distance measurement and dimensional sizing products, and our Xact line provides ultrasonic-based remote tank monitoring products and related monitoring revenues for markets in the Internet of Things environment.



SALLE DE PRESSE    LES SERVICES ⌄    CONTACTEZ-NOUS    ENGLISH    CONNEXION

**S'INSCRIRE**

# Explorer



### Les 45e Nationaux de la Légion… c'est parti!

10 août 2023 19h30 HE



### À venir bientôt! Les 45e Championnats nationaux d'…

09 août 2023 10h01 HE



## À propos de nous

GlobeNewswire est l'un des plus importants réseaux de diffusion d'information, spécialisé dans la diffusion de communiqués de presse, de résultats financiers et de contenu multimédia vers les médias, les investisseurs et vos clients.

Suivez-nous sur les réseaux sociaux:

## Réseaux de diffusion de communiqués et gestion de communiqués

· Accueil
· Salle de presse
· Fils RSS

· Informations légales
· Contactez-nous