Daniel H. Skerritt, OSB No. 681519
  Email: daniel.skerritt@tonkon.com
Caroline Harris Crowne, OSB No. 021315
  Email: caroline.harris.crowne@tonkon.com
Michael C. Willes, OSB No. 141806
  Email: michael.willes@tonkon.com
Gracey M. Nagle, OSB 215255
  Email: gracey.nagle@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
  Telephone:  503.221.1440
  Facsimile:  503.274.8779

  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| LLOYD STEINBERG and SCOTT MUSTRIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHMITT INDUSTRIES, INC., DAVID W. CASE, ANN M. FERGUSON, MICHAEL R. ZAPATA, PHILIP BOSCO, and JAMIE SCHMIDT,<br><br>Defendants. | Civil No. 3:22-cv-01533-YY<br><br>**STIPULATED VOLUNTARY DISMISSAL AS TO DEFENDANT DAVID W. CASE ONLY** |

///

///

///

///

PAGE 1 – STIPULATED VOLUNTARY DISMISSAL AS TO DEFENDANT DAVID W. CASE
            ONLY

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), the parties stipulate to voluntarily dismissing only **Defendant David W. Case** without prejudice in the above-entitled action.

Dated: Sep. 25, 2023.

THE ROSEN LAW FIRM, P.A.

By _____
Phillip Kim, Esq. (admitted *pro hac vice*)
  Email: pkim@rosenlegal.com
Laurence M. Rosen, Esq.
  Email: lrosen@rosenlegal.com
275 Madison Avenue, 40th Floor
New York, NY 10016
  Telephone: 212.686.1060
  Fax: 212.202.3827
Counsel for Plaintiffs

RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP
Jeffrey S. Ratliff, OSB No. 893422
  Email: jeffreysratliff@gmail.com
5441 S. Macadam Ave., Suite 301
Portland, OR 97239
  Telephone: 503.226.3664
Liaison Counsel for Plaintiffs

Dated: Sept 25___, 2023.

TONKON TORP LLP

By __s/ Caroline Harris Crowne_____
Daniel H. Skerritt, OSB No. 681519
  Email: daniel.skerritt@tonkon.com
Caroline Harris Crowne, OSB No. 021315
  Email: caroline.harris.crowne@tonkon.com
Michael C. Willes, OSB No. 141806
  Email: michael.willes@tonkon.com
Gracey M. Nagle, OSB No. 215255
  Email: gracey.nagle@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
  Telephone:  503.221.1440
  Facsimile:  503.274.8779
Attorneys for Defendants

PAGE 2 – STIPULATED VOLUNTARY DISMISSAL AS TO DEFENDANT DAVID W. CASE ONLY