RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
5441 S. Macadam Ave., Suite 301
Portland, OR 97239
T: 503-226-3664

*[Proposed] Liaison Counsel for Lead Plaintiff and Class*

[Additional counsel on signature page]

.

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| LLOYD STEINBERG and SCOTT MUSTRIC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>SCHMITT INDUSTRIES, INC., MICHAEL R. ZAPATA, PHILIP BOSCO, AND JAMIE SCHMIDT,<br><br>Defendants. | CASE No.: 3:22-cv-01533-YYY<br><br>CLASS ACTION<br><br>PLAINTIFFS' SUPPLEMENTAL AUTHORITY<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that Lead Plaintiff Scott Mustric ("Lead Plaintiff") and named plaintiff Lloyd Steinberg ("Named Plaintiff" and, collectively with Lead Plaintiff, "Plaintiffs") submit the following supplemental authority in further support of their Opposition (Dkt. No. 35) to Defendants' Motion to Dismiss (Dkt. No. 30).

- 17 C.F.R. § 229.303(b)(2)(ii) (creates duty for Defendants to disclose "any known trends or uncertainties that have had or that are reasonably likely to have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations.")
- ASC 450-20-25-2 (creates duty for Defendants to account for sales tax liability contingency)

An estimated loss from a loss contingency shall be accrued by a charge to income if both of the following conditions are met:

a: Information available before the financial statements are issued or are available to be issued (as discussed in Section 855-10-25) indicates that it is probable that an asset had been impaired or a liability had been incurred at the date of the financial statements. Date of the financial statements means the end of the most recent accounting period for which financial statements are being presented. It is implicit in this condition that it must be probable that one or more future events will occur confirming the fact of the loss.

b: The amount of loss can be reasonably estimated.

- ASC 450-20-50 (creates duty for Defendants to disclose sales tax liability contingency)

Disclosure of the nature of an accrual made pursuant to the provisions of paragraph 450-20-25-2, and in some circumstances the amount accrued, may be necessary for the financial statements not to be misleading.

- 17 C.F.R. § 210.4–01(a)(1) (financial statements submitted to the SEC that are not in compliance with GAAP are presumed to be false or misleading)

"Financial statements filed with the Commission which are not prepared in accordance with generally accepted accounting principles will be presumed to be misleading or inaccurate[.]"

- *Calfo v. Messina*, 2016 WL 3661548, at *7 (S.D.N.Y. Jul. 5, 2016) ("The failure to disclose the tax liability in CRS's SEC filings, including its financial statements, is an actionable omission because a "reasonable investor" would have viewed the liability as having "significantly altered the total mix of information made available" to the market.")

- *Ferreira v. Funko Inc.*, 2021 WL 8820650, at *14 (C.D. Cal. Oct. 22, 2021) ("The antifraud provisions impose a duty to disclose material facts that are necessary to make disclosed statements, whether mandatory or volunteered, not misleading.") (quote cleaned up)

Dated: November 22, 2023                    Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**
                                            By: ___/s/ Phillip Kim_____

Phillip Kim, Esq. (admitted *pro hac vice*)
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff, OSB No. 893422
5441 S. Macadam Ave., Suite 301
Portland, OR 97239
Email: jeffreysratliff@gmail.com
T: 503-226-3664

*Liaison Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim