Daniel H. Skerritt, OSB No. 681519
   Email: daniel.skerritt@tonkon.com
Caroline Harris Crowne, OSB No. 021315
   Email: caroline.harris.crowne@tonkon.com
Michael C. Willes, OSB No. 141806
   Email: michael.willes@tonkon.com
Gracey M. Nagle, OSB 215255
   Email: gracey.nagle@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
   Telephone:  503.221.1440
   Facsimile:  503.274.8779

   Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LLOYD STEINBERG and SCOTT MUSTRIC, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>SCHMITT INDUSTRIES, INC., DAVID W. CASE, ANN M. FERGUSON, MICHAEL R. ZAPATA, PHILIP BOSCO, and JAMIE SCHMIDT,<br><br>   Defendants. | Civil No. 3:22-cv-01533-YY<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY** |

/ / /

/ / /

/ / /

/ / /

PAGE 1 – DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY

Responding to the Court's invitation to provide supplemental authority relating to the November 15, 2023 oral argument on Defendants' Motion to Dismiss and to Strike, Defendants do not believe additional citations are necessary. Defendants stand on their previously-filed briefs.

DATED:  November 28, 2023.

TONKON TORP LLP

By:  _s/ Gracey M. Nagle_
    Daniel H. Skerritt, OSB No. 681519
      Email: daniel.skerritt@tonkon.com
    Caroline Harris Crowne, OSB No. 021315
      Email: caroline.harris.crowne@tonkon.com
    Michael C. Willes, OSB No. 141806
      Email: michael.willes@tonkon.com
    Gracey M. Nagle, OSB No. 215255
      Email: gracey.nagle@tonkon.com

Attorneys for Defendants