IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LLOYD STEINBERG and SCOTT, MUSTRIC, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHMITT INDUSTRIES, INC., ANN M. FERGUSON, MICHAEL R. ZAPATA, PHILIP BOSCO, and JAMIE SCHMIDT,<br><br>Defendants. | No. 3:22-cv-01533-YY<br><br>JUDGMENT |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED:_____April 27, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT